UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P. STEPHEN LAMONT individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>PROSKAUER ROSE LLP, et al.<br><br>Defendants. | Civil Action No:<br>2011-11-949(HHK) |

**MOTION FOR CM/ECF PASSWORD**

1. Plaintiff, P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc., moves this Court to, other than the Original Complaint, electronically file documents and receive the filings of other parties by the same means.

2. Plaintiff accesses the Internet through the fiber backbone of Verizon Communications, Inc. with download speeds of up to seven (7) Megabits per Second ("Mbps"), or roughly more than four times the speed of a corporate T-1 line.

3. Such fiber connection's signal is then transmitted throughout Plaintiff's four machine network by means of a Linksys Wireless - N router at a data speed of 300 Mbps.



RECEIVED
Mail Room

JUN - 6 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

4.  All data is seamlessly backed up to a Western Digital external hard drive with a capacity of one terabyte.

5.  Accordingly, Plaintiff confirms the capacity to electronically file documents and receive the filings of other parties by the same means on a regular basis.

Dated: May 23, 2011

For Plaintiff

X _____
P. Stephen Lamont, Pro Se