**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| P. STEPHEN LAMONT, individually, and as nominee for 100% of the capital shares of Iviewit Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> PROSKAUER ROSE LLP, *et al.*, <br><br><br><br> Defendants. | Civil Action No. 11-949 (HHK) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Time Warner, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Time Warner, Inc. which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Dated: June 28, 2011

Respectfully submitted,

/s/ Jared R. Butcher
Matthew J. Herrington (DC Bar No. 452364)
Jared R. Butcher (DC Bar No. 986287)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Phone: (202) 429-3000
Fax:    (202) 429-3902
mherrington@steptoe.com
jbutcher@steptoe.com

*Counsel for Defendant Time Warner, Inc.*