# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT, individually and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc.,

        Plaintiff,

v.

PROSKAUER ROSE LLP, *et al.*,

        Defendants.

Civil Action No. 11-949 (HHK)

## DEFENDANT PROSKAUER ROSE LLP'S CORPORATE DISCLOSURE STATEMENT

Undersigned counsel for Defendant Proskauer Rose LLP certifies that to the best of his knowledge and belief, there are no parent companies, subsidiaries or affiliates of Proskauer Rose LLP that have any outstanding securities in the hands of the public.  These representations are made in order that judges of this Court may determine the need for recusal.

Dated: June 28, 2011

Respectfully submitted,

PROSKAUER ROSE LLP

By:       /s/ James F. Segroves
James F. Segroves (D.C. Bar No. 480630)
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6871
202.416.6899 (fax)
jsegroves@proskauer.com

*Counsel for Defendant Proskauer Rose LLP*

**CERTIFICATE OF SERVICE**

In accordance with Rule 5(b) of the Federal Rules of Civil Procedure, the undersigned certifies that on this twenty-eighth day of June, 2011, he did cause a true and correct copy of Defendant Proskauer Rose LLP's Corporate Disclosure Statement to be mailed via first-class mail, postage prepaid, to each of the defendants who have not yet appeared in this action, using the addresses listed in the caption of the complaint. Plaintiff P. Stephen Lamont will be served via electronic mail, per prior agreement.

                                                            /s/ James F. Segroves
                                                             James F. Segroves