## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **P. STEPHEN LAMONT,**<br><br>**Plaintiff,**<br><br>v.<br><br>**PROSKAUER ROSE LLP, et al.**<br><br>**Defendants.** | **Civil Action 11-00949  (HHK)** |

## ORDER DIRECTING PLAINTIFF TO RESPOND TO
## DEFENDANTS' MOTION TO DISMISS

This matter comes before the Court upon "New York State Defendants' Motion to Dismiss the Complaint" [#11].  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  *Id.* at 509.

Accordingly, it is this 7th day of July 2011, hereby

**ORDERED** that plaintiffs file an opposition to defendants' motion [#11] on or before August 8, 2011.  If plaintiffs fail to file a response or opposition to defendants' motion by this deadline, the Court may enter judgment in favor of these defendants.  *See* LCvR 7(b).

Henry H. Kennedy, Jr.
United States District Judge