UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT individually, AND AS
NOMINEE FOR 100% OF THE CAPITAL SHARES
OF IVIEWIT HOLDINGS, INC.,

DOCKET NO:
11-CV-00949 (HHK)

Plaintiff,

-v-

PROSKAUER ROSE LLP, et al.   MOTION

Defendants

## MOTION FOR UNITED STATES MARSHALL SERVICE TO SERVE SUMMONS AND COMPLAINT

### I. FACTS

**1.** Plaintiff, P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc. is a Pro Se Plaintiff in this Court.

**2.** As the case may be, Plaintiff makes use of limited resources to file, serve, and litigate the instant action.

**3.** Further, under these circumstances, Plaintiff finds that three (3) Defendants are beyond Plaintiff's reach in so far as serving the Summons and Complaint.

**4.** These three (3) Defendants are:

   a. BRIAN G. UTLEY, 9541 Virginia Ave S, Bloomington, MN 55438, and

   b. MICHEAL A. REALE, 5304 Ventura Dr, Delray Beach, FL 33484, and

   c. RAYMOND T. HIRSCH, 6212 Mershon St #A, Philadelphia, PA 19149.

**5.** Accordingly, Plaintiff, respectfully, finds it more expeditious and a fuller use of this honorable Court's time and resources to allow the United States Marshall Service to serve the Summons and Complaint to Defendants Utley, Real, and Hirsch, under whatever terms this Court deems advisable.

## II.   CONCLUSION

**6.** For the foregoing reasons, Plaintiff asks this Court to issue an order requiring the United States Marshall Service to serve the Summons and Complaint upon Defendants Brian G. Utley, Michael A. Reale, and Raymond T. Hirsch, and granting such other and further relief as the Court deems appropriate.

For Plaintiff

P. Stephen Lamont, Pro Se
35 Locust Avenue
Rye, N.Y. 10580
Tel.: (914) 217-0038
Email: p.stephen.lamont@gmail.com


By:_____
P. Stephen Lamont

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **P. STEPHEN LAMONT individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.,**<br><br>**Plaintiff,**<br><br>-v-<br><br>**PROSKAUER ROSE LLP, et al.**<br><br><br>Defendants | **DOCKET NO:**<br>**11-CV-00949 (HHK)** |

## **ORDER**

With the Court having considered the motion by Plaintiff P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc. to order the United States Marshall Service to serve the Summons and Complaint on Defendants Brian G. Utley, Michael A. Reale, and Raymond T. Hirsch, it is hereby

**ORDERED** that the motion by the Plaintiff is **GRANTED**.

**SO ORDERED** this __ Day of ___, 2011.

_____
By: Henry H. Kennedy, Jr.
United States District Judge