UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT, individually, AND
AS NOMINEE FOR 100% OF THE CAPITAL
SHARES OF IVIEWIT HOLDINGS, INC.

vs.                                            CIVIL ACTION NO. 11-00949 (HHK)

PROSKAUER ROSE, LLP, et al.

### AFFIDAVIT OF SERVICE

I, **DOUGLAS HIGBEE**, hereby declare that on the 13th day of July 2011, I served a copy of the Summons and Complaint by hand delivery to Thomas J. Cahill, in his official and individual capacities, at his primary residence. *Mrs Cahill on behalf of*

X _____
Douglas Higbee

Douglas Higbee

180 E. Prospect Ave
Mamaroneck, NY
10543

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT, individually, AND
AS NOMINEE FOR 100% OF THE CAPITAL
SHARES OF IVIEWIT HOLDINGS, INC.

vs.                                                    CIVIL ACTION NO. 11-00949 (HHK)

PROSKAUER ROSE, LLP, et al.

### AFFIDAVIT OF SERVICE

I, **DOUGLAS HIGBEE**, hereby declare that on the 13th day of July 2011, I served a copy of the Summons and Complaint by hand delivery to ~~their counsel, Monica Connell, Assistant~~ Attorney General, regarding the Defendant State of New York. of the State of New York at Service receiving, 24th floor at 120 Broadway, NY, NY accepted by J. Loui (service receiving)

X _____
Douglas Higbee

Douglas Higbee
180 E. Prospect Ave
Mamaroneck, NY
10543

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT, individually, AND
AS NOMINEE FOR 100% OF THE CAPITAL
SHARES OF IVIEWIT HOLDINGS, INC.

vs.                                              CIVIL ACTION NO. 11-00949 (HHK)

PROSKAUER ROSE, LLP, et al.

AFFIDAVIT OF SERVICE

I, DOUGLAS HIGBEE, hereby declare that on the 13th day of July 2011, I served a copy of the Summons and Complaint by hand delivery to Diana Maxfield Kearse, in his official and individual capacities, at 335 Adams St (the offices of) Brooklyn, NY accepted by Claudette (Receptionist)

X _____
Douglas Higbee

Douglas Higbee
180 E. Prospect Ave
Mamaroneck, NY
10543