UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT, individually, AND
AS NOMINEE FOR 100% OF THE CAPITAL
SHARES OF IVIEWIT HOLDINGS, INC.

vs.                                                             CIVIL ACTION NO. 11-00949 (HHK)

PROSKAUER ROSE, LLP, et al.

## AFFIDAVIT OF SERVICE

I, LUISA C. ESPOSITO, hereby declare that on the 24th day of June 2011 at 12:01 PM I served a copy of the Summons and Complaint by electronic delivery (email) to, Kent K. Anker, counsel for Defendant William J. Dick.

X _____
Luisa C. Esposito

Luisa C. Esposito
571 Roy Street
West Hempstead, N.Y. 11552

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT, individually, AND
AS NOMINEE FOR 100% OF THE CAPITAL
SHARES OF IVIEWIT HOLDINGS, INC.

vs.                                          CIVIL ACTION NO. 11-00949 (HHK)

PROSKAUER ROSE, LLP, et al.

## AFFIDAVIT OF SERVICE

I, LUISA C. ESPOSITO, hereby declare that on the 24th day of June 2011 at 12:01 PM I served a copy of the Summons and Complaint by electronic delivery (email) to, Kent K. Anker, counsel for Defendant Douglas A. Boehm.

X _____
Luisa C. Esposito

Luisa C. Esposito
571 Roy Street
West Hempstead, N.Y. 11552

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT, individually, AND
AS NOMINEE FOR 100% OF THE CAPITAL
SHARES OF IVIEWIT HOLDINGS, INC.

vs.                                         CIVIL ACTION NO. 11-00949 (HHK)

**PROSKAUER ROSE, LLP**, et al.

## AFFIDAVIT OF SERVICE

I, **DOUGLAS HIGBEE**, hereby declare that on the 13th day of July 2011, I served a copy of the Summons and Complaint ~~by nail and mail service~~ at the residence of Raymond A. Joao. to the mother of Defendant who accepted service then refused the service at which time Summons and complaint was taped to door

X _____
Douglas Higbee

Douglas Higbee
180 E. Prospect Ave
Mamaroneck, NY
10543