UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
:
P. STEPHEN LAMONT, individually, and as :
NOMINEE FOR 100% OF THE CAPITAL :
SHARES OF IVIEWIT HOLDINGS, INC., :
: No. 1:11-CV-00949 (HHK)
Plaintiff, :
:
- against - :
:
PROSKAUER ROSE LLP, et al., :
:
Defendants. :
:
------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Amy K. Penn of Friedman Kaplan Seiler & Adelman LLP, hereby appears as counsel for Defendants Foley & Lardner LLP, William J. Dick, Douglas A. Boehm, and Steven C. Becker in the above-captioned case and requests that the Clerk of the Court please enter her appearance.

Respectfully submitted,

_____/s/_____
Amy K. Penn, Bar No. NY0132
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
7 Times Square
New York, NY 10036-6516
(212) 833-1100
apenn@fklaw.com

1003743.1