UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **P. STEPHEN LAMONT,**<br><br>                 **Plaintiff,**<br><br>                 v.<br><br>**PROSKAUER ROSE LLP, et al.**<br><br>                 **Defendants.** | **Civil Action 11-00949  (HHK)** |

**AMENDED ORDER**

On July 20, 2011, the Office of the Clerk of the Court informed the Court that plaintiff P. Stephen Lamont's bank refused payment on his check to pay the fee for filing the complaint in this case. Lamont has not responded to the Clerk's follow-up requests for payment nor has he received permission to proceed *in forma pauperis*.[1] Upon consideration of Lamont's failure to pay the mandatory filing fee in this case, the Court will order Lamont to pay the filing fee within 30 days and stay this case until such time as the filing fee is paid.

Accordingly, it is this 29th day of July 2011 hereby

**ORDERED** that plaintiff shall, by August 29, 2011, pay the filing fee by mailing a certified check or money order in the amount of $395.00,[2] and made payable to "Clerk, U.S. District Court" to:

---

[1] In the Court's original Order, the Court stated that Lamont had not applied to proceed *in forma pauperis* [#23]. Lamont applied to proceed *in forma pauperis* in a matter against the same defendants on March 4, 2011. This application was denied, as was a motion for reconsideration of that denial. *See Lamont v. Proskauer Rose LLP*, 11-mc-00150 (Dkt. # 2) (Apr. 21, 2011).

[2] This amount represents the fee to file a complaint plus the finance fee associated with the Clerk's attempt to deposit Lamont's check.

>U.S. District Court Clerk's Office, Finance Office
>333 Constitution Avenue, NW
>Room 1825
>Washington, DC 20001

or this case will be dismissed without prejudice for want of prosecution; it is further

>**ORDERED** that plaintiff shall enclose along with such certified check or money order a copy of this Order; and it is further

>**ORDERED** that this case shall be stayed until such time as the filing fee is paid.

>>Henry H. Kennedy, Jr.
>>United States District Judge

.