**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**P. STEPHEN LAMONT individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.,**

**Plaintiff,**

**-v-**

**PROSKAUER ROSE LLP, et al.**

Defendants

**DOCKET NO: 11-CV-00949 (HHK)**

**MOTION**

**MOTION FOR JUDGMENT NON-PROSEQUITOR: MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**

**1.** Meltzer, Lippe, Goldstein, & Breitstone LLP ("Meltzer") is a Defendant in this instant action.

**2.** On June 27, this Court issued a scheduling Order requiring Defendant Meltzer to Answer or Move with respect to the Complaint by June 29, 2011.

**3.** As of August 1, 2011, and notwithstanding the stay placed on the instant action on July 27, 2011 pending the payment of the filing fee in this action, Defendant Meltzer has neither answered nor moved with respect to this Complaint.

**4.** During a telephone conversation with this Court's case manager, Daniel J. Reidy, on the morning of August 1, 2011, Mr. Reidy advised that the Foley Defendants' had failed to comply with the Court's June 27 Order.

**5.** For the foregoing reasons, Plaintiffs respectfully request this Court to issue a judgment non-prosequitor in the amount of Five Hundred Million Dollars ($500,000,000) and granting such other and further relief as the Court deems appropriate.

For Plaintiff

P. Stephen Lamont, Pro Se
35 Locust Avenue
Rye, N.Y. 10580
Tel.: (914) 217-0038
Email: p.stephen.lamont@gmail.com

By: /s/ P. Stephen Lamont
P. Stephen Lamont

**Copies To:**

Gregg M. Mashberg (via CM/ECF)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
212.969.3450
212.969.2900 (fax)
gmashberg@proskauer.com

James F. Segroves (via CM/ECF)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
jsegroves@proskauer.com
Counsel for Defendants Proskauer Rose LLP, Kenneth Rubenstein, Christopher C. Wheeler, and the late Steven C. Krane

Paul R. Monsees (via CM/ECF)
FOLEY & LARDNER LLP
3000 K Street, NW
Suite 600
Washington, DC 20007-5109
202.672.5342
202.672.5399 (fax)
pmonsees@foley.com
Counsel for Defendant
Foley & Lardner LLP

Monica A. Connell (via CM/ECF)
OFFICE OF THE ATTORNEY GENERAL
120 Broadway, 24th Floor
New York, NY 10271
212.416.8965
monica.connell@ag.ny.gov
Counsel for Defendants State of New York, Thomas J. Cahill, Martin R. Gold, Hon. Richard T. Andrias, Hon. David B. Saxe, Lawrence DiGiovanna, Diana Maxfield Kearse, and James E. Pelzer

Jared R. Butcher (via CM/ECF)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202.429.1302
202.429.3902 (fax)
jbutcher@steptoe.com
Counsel for Defendant
Time Warner, Inc.

Kent K. Anker (admission pending)
(via email)
Amy K. Penn (via CM/ECF)
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
7 Times Square
New York, NY 10036-6516
212.833.1100
212.833.1250 (fax)
kanker@fklaw.com
apenn@fklaw.com
Attorneys for Defendants Foley &
Lardner LLP, William J. Dick, Douglas A.
Boehm, and Steven C. Becker

Richard M. Howard (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
rhoward@meltzerlippe.com
Attorney for Meltzer, Lippe, Goldstein & Breitstone, LLP

Lewis S. Meltzer, Pro Se (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
lmeltzer@meltzerlippe.com

RAYMOND A. JOAO (via email)
122 Bellevue Place
Yonkers, NY 10703

**Defendants Who Have Not Yet Appeared:**

BRIAN G. UTLEY
9541 Virginia Avenue S.
Bloomington, MN 55438

MICHAEL A. REALE
5304 Ventura Drive
Delray Beach, FL 33484

RAYMOND T. HIRSCH
6212 Mershon Street # A,
Philadelphia, PA 19149

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**P. STEPHEN LAMONT individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.,**

**Plaintiff,**

**-v-**

**PROSKAUER ROSE LLP, et al.**

Defendants

**DOCKET NO: 11-CV-00949 (HHK)**

**ORDER**

With the Court having considered the Plaintiffs' Motion for Judgment Non-Prosequitor, it is hereby

**ORDERED** that the motion by the Plaintiffs is GRANTED.

**SO ORDERED** this __ Day of ___, 2011.

______________________________
By: Henry H. Kennedy, Jr.
United States District Judge