UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P. STEPHEN LAMONT individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC., <br><br>Plaintiff, <br><br>-v- <br><br>PROSKAUER ROSE LLP, et al. <br><br><br>Defendants | DOCKET NO: <br> 11-CV-00949 (HHK) <br><br><br><br><br> MOTION |

## MOTION TO WITHDRAW ITEMS 25, 26, AND 27 ON THE DOCKET OF THIS INSTANT ACTION

**1.** On the morning of August 1, 2011, Plaintiffs were advised by a case manager that the several Defendants (Foley & Lardner, LLP, William J. Dick, Douglas A. Boehm, Steven C. Becker, Meltzer Lippe Goldstein & Breitstone LLP, and Lewis S. Meltzer) had defaulted for failure to answer or move in response to the Complaint by July 29, 2011 notwithstanding the existence of a stay.

**2.** Later on that day, Plaintiffs, together with Jared R. Butcher (counsel for Time Warner, Inc.) conferenced with this Court's law clerk, who claimed that she spoke to Judge Kennedy, who advised that the several Defendants were released from their obligation to answer or move with respect to the Complaint until such time as the stay was lifted and this Court puts into place an omnibus scheduling order for motions practice and briefing.

**3.** At the same time, Plaintiffs filed their Opposition to the Motion to Dismiss of the Proskauer Defendants (Item # 28 on the docket) in an effort to comply with the Local Rules 14 day requirement to oppose.

**4.** For the foregoing reasons, Plaintiffs respectfully request this Court to: issue an Order withdrawing items #25, 26, and 27 on the docket of the instant action; and if the Court deems the filing of item # 28 as premature, issue an Order requiring the Plaintiffs to file a motion to withdraw item #28; and such other and further relief as the Court deems appropriate.

For Plaintiff

P. Stephen Lamont, Pro Se
35 Locust Avenue
Rye, N.Y. 10580
Tel.: (914) 217-0038
Email: p.stephen.lamont@gmail.com


By:____/s/ P. Stephen Lamont____
P. Stephen Lamont

**Copies To:**

Gregg M. Mashberg (via CM/ECF)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
212.969.3450
212.969.2900 (fax)
gmashberg@proskauer.com

James F. Segroves (via CM/ECF)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
jsegroves@proskauer.com
Counsel for Defendants Proskauer Rose
LLP, Kenneth Rubenstein, Christopher C.
Wheeler, and the late Steven C. Krane

Paul R. Monsees (via CM/ECF)
FOLEY & LARDNER LLP
3000 K Street, NW
Suite 600
Washington, DC 20007-5109
202.672.5342
202.672.5399 (fax)
pmonsees@foley.com
Counsel for Defendant
Foley & Lardner LLP

Monica A. Connell (via CM/ECF)
OFFICE OF THE ATTORNEY GENERAL
120 Broadway, 24th Floor
New York, NY 10271
212.416.8965
monica.connell@ag.ny.gov
Counsel for Defendants State of New York,
Thomas J. Cahill, Martin R. Gold, Hon.
Richard T. Andrias, Hon. David B. Saxe,
Lawrence DiGiovanna, Diana Maxfield
Kearse, and James E. Pelzer

Jared R. Butcher (via CM/ECF)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202.429.1302
202.429.3902 (fax)
jbutcher@steptoe.com
Counsel for Defendant
Time Warner, Inc.

Kent K. Anker (admission pending)
(via email)
Amy K. Penn (via CM/ECF)
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
7 Times Square
New York, NY 10036-6516
212.833.1100
212.833.1250 (fax)
kanker@fklaw.com
apenn@fklaw.com
Attorneys for Defendants Foley &
Lardner LLP, William J. Dick, Douglas A.
Boehm, and Steven C. Becker

Richard M. Howard (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
rhoward@meltzerlippe.com
Attorney for Meltzer, Lippe, Goldstein & Breitstone, LLP

Lewis S. Meltzer, Pro Se (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
lmeltzer@meltzerlippe.com

RAYMOND A. JOAO (via email)
122 Bellevue Place
Yonkers, NY 10703

**Defendants Who Have Not Yet Appeared:**

BRIAN G. UTLEY
9541 Virginia Avenue S.
Bloomington, MN 55438

MICHAEL A. REALE
5304 Ventura Drive
Delray Beach, FL 33484

RAYMOND T. HIRSCH
6212 Mershon Street # A,
Philadelphia, PA 19149

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **P. STEPHEN LAMONT individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.,**<br><br>**Plaintiff,**<br><br>**-v-**<br><br>**PROSKAUER ROSE LLP, et al.**<br><br>Defendants | **DOCKET NO:**<br>**11-CV-00949 (HHK)** |

## ORDER

With the Court having considered the Plaintiffs' Motion to Withdraw Items # 25, 26, and 27 on the docket of the instant action, it is hereby

**ORDERED** that the motion by the Plaintiffs is GRANTED.

**SO ORDERED** this __ Day of ___, 2011.

                                                    _____
                                                  By: Henry H. Kennedy, Jr.
                                                  United States District Judge

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **P. STEPHEN LAMONT individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.,**<br><br>**Plaintiff,**<br><br>**-v-**<br><br>**PROSKAUER ROSE LLP, et al.**<br><br><br>Defendants | **DOCKET NO:**<br>**11-CV-00949 (HHK)** |

**ORDER**

With the Court having considered the Plaintiffs' offer to Withdraw Item #28 on the docket of the instant action, it is hereby

**ORDERED** that Plaintiffs file a motion to withdraw item #28.

**SO ORDERED** this \_\_ Day of \_\_\_, 2011.

_____
By: Henry H. Kennedy, Jr.
United States District Judge