IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT, individually and as
Nominee for 100% of the Capital Shares of
Iviewit Holdings, Inc.,

        Plaintiff,

   v.

PROSKAUER ROSE LLP, *et al.*,

        Defendants.

Civil Action No. 11-949 (HHK)

### PROSKAUER DEFENDANTS' MOTION FOR
### CLARIFICATION CONCERNING EFFECT OF STAY

Defendants Proskauer Rose LLP, Kenneth Rubenstein, Christopher C. Wheeler, and the late Stephen C. Krane (collectively, the "Proskauer Defendants") respectfully request clarification concerning the effect of the stay recently entered by this Court, in support of which the Proskauer Defendants state as follows:

1. *Pro se* Plaintiff P. Stephen Lamont commenced this action on May 19, 2011.

2. The Proskauer Defendants subsequently moved to dismiss all claims against them with prejudice. *See* Proskauer Defs.' Mot. to Dismiss, July 19, 2011, ECF No. 21.

3. Pursuant to Local Civil Rule 7(b), Lamont had until August 5, 2011, to oppose the Proskauer Defendants' motion to dismiss. However, prior to Lamont filing an opposition, the Court entered an order instructing that "this case shall be stayed until such time as the filing fee is paid" by Lamont. Order at 2, July 27, 2011, ECF No. 23. The Court later amended its stay order but did not alter the above-quoted language. *See* Amended Order at 2, July 29, 2011, ECF

- 2 -

No. 24. The Court gave Lamont until August 29, 2011, to pay the filing fee or this action would be dismissed for want of prosecution. *Id.*

4. Despite the stay entered by this Court, Lamont filed an opposition to the Proskauer Defendants' motion to dismiss on August 1, 2011. *See* Pl.'s Opp'n to the Proskauer Defs.' Mot. to Dismiss, Aug. 1, 2011, ECF No. 28. If that filing was effective, the Proskauer Defendants would have until August 11, 2011, to file a reply in support of their motion to dismiss pursuant to Local Civil Rule 7(d).

5. Lamont filed a second opposition to the Proskauer Defendants' motion to dismiss on August 9, 2011, which appears to be substantially similar to his previously filed opposition. *See* Pl.'s Opp'n to the Proskauer Defs.' Mot. to Dismiss, Aug. 9, 2011, ECF No. 32. If that filing was effective and supersedes Lamont's previously filed opposition, the Proskauer Defendants would have until August 19, 2011, to file a reply in support of their motion to dismiss pursuant to Local Civil Rule 7(d).

6. A review of the docket indicates that the stay entered by the Court has not been lifted.

7. Given that this case has been stayed in its entirety, the Proskauer Defendants believe it would be inappropriate to file a reply in support of their motion to dismiss until such time as the stay has been lifted. At the same time, the Proskauer Defendants wish to avoid waiving their right to file a reply. Furthermore, other defendants have already filed motions to dismiss, *see, e.g.*, N.Y. State Defs.' Mot. to Dismiss, June 29, 2011, ECF No. 11, and it is the Proskauer Defendants' understanding that many other defendants would have filed such motions but for the Court's stay order.

WHEREFORE, the Proskauer Defendants request that the Court enter a minute order specifying that if the Court enters an order lifting the stay in this action, the parties shall have five (5) business days from the date of the order lifting the stay to submit for Court approval a joint briefing schedule for the completion of briefing on the Proskauer Defendants' motion to dismiss and all other pending or anticipated motions to dismiss by other defendants under Rule 12(b) of the Federal Rules of Civil Procedure. Pursuant to Local Civil Rule 7(m), counsel for the Proskauer Defendants conferred with Lamont, who indicated that he opposes the relief requested by this motion.

Dated: August 10, 2011

Respectfully submitted,

PROSKAUER ROSE LLP

By: /s/ Gregg M. Mashberg
Gregg M. Mashberg (admitted *pro hac vice*)
11 Times Square
New York, NY 10036-8299
212.969.3000
212.969.2900 (fax)
gmashberg@proskauer.com

By: /s/ James F. Segroves
James F. Segroves (D.C. Bar No. 480630)
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
jsegroves@proskauer.com

*Attorneys pro se for Defendant Proskauer Rose LLP and Attorneys for Defendants Kenneth Rubenstein, Christopher C. Wheeler, and the late Stephen C. Krane*

**CERTIFICATE OF SERVICE**

    In accordance with Rule 5(b) of the Federal Rules of Civil Procedure, the undersigned certifies that on this tenth day of August, 2011, he did cause a true and correct copy of the Proskauer Defendants' Motion for Clarification Concerning Effect of Stay to be served via the Case Management/Electronic Case Filing system on Plaintiff P. Stephen Lamont and the defendants who have appeared in this action.

                                                                       /s/ James F. Segroves  
                                                                          James F. Segroves