**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **P. STEPHEN LAMONT individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.,**<br><br>**Plaintiff,**<br><br>-v-<br><br>**PROSKAUER ROSE LLP, et al.**<br><br><br>Defendants | **DOCKET NO:**<br>**11-CV-00949 (HHK)** |

## PLAINTIFFS' REPLY TO THE PROSKAUER DEFENDANTS' MOTION TO CLARIFY STAY ORDER

<u>For Plaintiffs</u>

P. Stephen Lamont, Pro Se
35 Locust Avenue
Rye, N.Y. 10580
Tel.: (914) 217-0038
Email: p.stephen.lamont@gmail.com

Plaintiffs' P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc., in reply to the Motion for Clarification Concerning Effect of Stay Proskauer Rose, LLP Kenneth Rubenstein, Christopher C. Wheeler, and the late Steven C. Krane (collectively, "Proskauer Defendants") state as follows:

**1.** On July 29, 2011, this Court filed an Amended Order to stay the instant action pending the payment of the filing fee.

**2.** On August 8, 2011 at 2:56 PM, the ordered payment of the filing fee was received by the Court's Finance Department; the following day, the Court's Finance Department confirmed its receipt that complies with the Order in its entirety.

**3.** On August 9, 2011, Plaintiffs' received an electronic mail message from the Intake Clerk who instructed Plaintiffs to "Now you can file your Opposition to the Motion to Dismiss" that was filed on August 1, 2011 (item # 28 on the docket);" at which time, Plaintiffs re-filed their Opposition to the Motion to Dismiss (item # 32 on the docket) of Proskauer Rose, LLP Kenneth Rubenstein, Christopher C. Wheeler, and the late Steven C. Krane.

**4.** Item #32 is an exact, true copy of item #28.

**5.** In filing the August 10, 2011 Motion at issue, Plaintiffs have referred to this Court's local rules and confirm instructions of Local Civil Rule 7(d).

WHEREFORE, the Plaintiffs do not oppose the Proskauer Defendants request that the Court enter a minute order specifying that if the Court enters an order lifting the stay in this action, the parties shall have five (5) business days from the date of the order lifting the stay to submit for Court approval a joint briefing schedule for the completion of briefing on the Proskauer Defendants' motion to dismiss and all other pending or

anticipated motions to dismiss by other defendants under Rule 12(b) of the Federal Rules of Civil Procedure.

For Plaintiffs

P. Stephen Lamont, Pro Se
35 Locust Avenue
Rye, N.Y. 10580
Tel.: (914) 217-0038
Email: p.stephen.lamont@gmail.com


By:___/s/ P. Stephen Lamont___
P. Stephen Lamont

**Copies To:**

Gregg M. Mashberg (via CM/ECF)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
212.969.3450
212.969.2900 (fax)
gmashberg@proskauer.com

James F. Segroves (via CM/ECF)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
jsegroves@proskauer.com
Counsel for Defendants Proskauer Rose
LLP, Kenneth Rubenstein, Christopher C.
Wheeler, and the late Steven C. Krane

Paul R. Monsees (via CM/ECF)
FOLEY & LARDNER LLP
3000 K Street, NW
Suite 600
Washington, DC 20007-5109
202.672.5342
202.672.5399 (fax)
pmonsees@foley.com
Counsel for Defendant
Foley & Lardner LLP

Monica A. Connell (via CM/ECF)
OFFICE OF THE ATTORNEY GENERAL
120 Broadway, 24th Floor
New York, NY 10271
212.416.8965
monica.connell@ag.ny.gov
Counsel for Defendants State of New York,
Thomas J. Cahill, Martin R. Gold, Hon.
Richard T. Andrias, Hon. David B. Saxe,
Lawrence DiGiovanna, Diana Maxfield
Kearse, and James E. Pelzer

Jared R. Butcher (via CM/ECF)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202.429.1302
202.429.3902 (fax)
jbutcher@steptoe.com
Counsel for Defendant
Time Warner, Inc.

Kent K. Anker (admission pending)
(via email)
Amy K. Penn (via CM/ECF)
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
7 Times Square
New York, NY 10036-6516
212.833.1100
212.833.1250 (fax)
kanker@fklaw.com
apenn@fklaw.com
Attorneys for Defendants Foley &
Lardner LLP, William J. Dick, Douglas A.
Boehm, and Steven C. Becker

Richard M. Howard (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
rhoward@meltzerlippe.com
Attorney for Meltzer, Lippe, Goldstein & Breitstone, LLP

Lewis S. Meltzer, Pro Se (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
lmeltzer@meltzerlippe.com

RAYMOND A. JOAO (via email)
122 Bellevue Place
Yonkers, NY 10703

**Defendants Who Have Not Yet Appeared:**

BRIAN G. UTLEY
9541 Virginia Avenue S.
Bloomington, MN 55438

MICHAEL A. REALE
5304 Ventura Drive
Delray Beach, FL 33484

RAYMOND T. HIRSCH
6212 Mershon Street # A,
Philadelphia, PA 19149