UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **P. STEPHEN LAMONT individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.,**<br><br>**Plaintiff,**<br><br>-v-<br><br>**PROSKAUER ROSE LLP, et al.**<br><br><br><br>**Defendants** | **DOCKET NO:**<br>**11-CV-00949 (HHK)**<br><br><br><br><br><br>**MOTION** |

### MOTION FOR UNITED STATES MARSHALL SERVICE TO SERVE SUMMONS AND COMPLAINT AND MOTION FOR SANCTIONS

**I.   UNITED STATES MARSHALL SERVICE TO SERVE DEFENDANTS**

1. Plaintiff, P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc. is a Pro Se Plaintiff in this Court.

2. As the case may be, Plaintiff makes use of limited resources to file, serve, and litigate the instant action.

3. Further, under these circumstances, Plaintiff finds that two (2) Defendants are beyond Plaintiff's reach in so far as serving the Summons and Complaint.

4. These two (2) Defendants are:

      a.  LAWRENCE DiGIOVANNA,
          c/o Monica Connell (attorney of record)
          Assistant Attorney General of the State of New York
          120 Broadway
          New York, N.Y.

      b.  JAMES E. PELTZER

       c/o Monica Connell (attorney of record)
Assistant Attorney General of the State of New York
120 Broadway
New York, N.Y.

5.    Plaintiffs have used a variety of means to locate these Defendants, with no success.

6.    Accordingly, Plaintiff, respectfully, finds it more expeditious and a fuller use of this honorable Court's time and resources to allow the United States Marshall Service to serve the Summons and Complaint to Defendants Digiovanna and Peltzer, under whatever terms this Court deems advisable.

## II.   SANCTIONS

7.    On June 28, 2011, Ms. Connell, Assistant Attorney General for the State of New York filed a Motion to Dismiss the instant action (Item #11 on the docket) purporting to represent what she refers to as the "State Defendants," which include Defendants DiGiovanna and Peltzer referred to above.

8.    On July 13, 2011, a process server retained by Plaintiffs successfully effected service at the intake office of 120 Broadway upon Ms. Connell in her capacity as attorney of record for Defendants the State of New York and a one Diana Maxfield Kearse.

9.    On August 12, 2011, in similar fashion, a process server retained by Plaintiffs arrived at the intake window of the offices of the AG to serve the summons and complaint upon Ms. Connell in her capacity as attorney or record for Defendants DiGiovanna and Peltzer.

10.    Unfortunately, the desk clerk at 120 Broadway, New York N.Y. this time refused service unlike her acceptance on the July 13, 2011 service date.

11. In the interim between the service dates of July 13, 2011 and August 12, 2011, upon information and belief, Ms. Connell instructed the intake office to refuse service of any more summons and complaint of the "State Defendants."

12. Since the inception of the instant action, Ms. Connell has consistently attempted to avoid service on the "State Defendants," even though she purports to represent such in flagrant violation of Rule 4 (d) (1) of the Federal Rules of Civil Procedure which states:

> An individual, corporation, or association that is subject to service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons.

13. Accordingly, Plaintiffs respectfully request an order for monetary sanctions of the costs and fees associated with the failed service date of August 12, 2011 in the amount of Two Thousand Two Hundred and Forty Two Dollars and Sixty Eight Cents ($2,242.68) ("Monetary Sanctions"), and such further relief that this Court deems appropriate.

## II. CONCLUSION

14. For the foregoing reasons, Plaintiff asks this Court to issue an order requiring the United States Marshall Service to serve the Summons and Complaint upon Defendants Lawrence DiGiovanna and James E. Peltzer, enter an order requiring payment of the Monetary Sanctions, and granting such other and further relief as the Court deems appropriate.

<u>For Plaintiff</u>

P. Stephen Lamont, Pro Se
35 Locust Avenue
Rye, N.Y. 10580
Tel.: (914) 217-0038
Email: p.stephen.lamont@gmail.com

**Copies To:**

Gregg M. Mashberg (via CM/ECF)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
212.969.3450
212.969.2900 (fax)
gmashberg@proskauer.com

James F. Segroves (via CM/ECF)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
jsegroves@proskauer.com
Counsel for Defendants Proskauer Rose
LLP, Kenneth Rubenstein, Christopher C.
Wheeler, and the late Steven C. Krane

Paul R. Monsees (via CM/ECF)
FOLEY & LARDNER LLP
3000 K Street, NW
Suite 600
Washington, DC 20007-5109
202.672.5342
202.672.5399 (fax)
pmonsees@foley.com
Counsel for Defendant
Foley & Lardner LLP

Monica A. Connell (via CM/ECF)
OFFICE OF THE ATTORNEY GENERAL
120 Broadway, 24th Floor
New York, NY 10271
212.416.8965
monica.connell@ag.ny.gov
Counsel for Defendants State of New York,
Thomas J. Cahill, Martin R. Gold, Hon.
Richard T. Andrias, Hon. David B. Saxe,
Lawrence DiGiovanna, Diana Maxfield
Kearse, and James E. Pelzer

Jared R. Butcher (via CM/ECF)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202.429.1302
202.429.3902 (fax)
jbutcher@steptoe.com
Counsel for Defendant
Time Warner, Inc.

Kent K. Anker (admission pending)
(via email)
Amy K. Penn (via CM/ECF)
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
7 Times Square
New York, NY 10036-6516
212.833.1100
212.833.1250 (fax)
kanker@fklaw.com
apenn@fklaw.com
Attorneys for Defendants Foley &
Lardner LLP, William J. Dick, Douglas A.
Boehm, and Steven C. Becker

Richard M. Howard (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
rhoward@meltzerlippe.com
Attorney for Meltzer, Lippe, Goldstein & Breitstone, LLP

Lewis S. Meltzer, Pro Se (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
lmeltzer@meltzerlippe.com

RAYMOND A. JOAO (via email)
122 Bellevue Place
Yonkers, NY 10703

**Defendants Who Have Not Yet Appeared:**

BRIAN G. UTLEY
9541 Virginia Avenue S.
Bloomington, MN 55438

MICHAEL A. REALE
5304 Ventura Drive
Delray Beach, FL 33484

RAYMOND T. HIRSCH
6212 Mershon Street # A,
Philadelphia, PA 19149

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P. STEPHEN LAMONT individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.,<br><br>**Plaintiff,**<br><br>-v-<br><br>**PROSKAUER ROSE LLP, et al.**<br><br>Defendants | DOCKET NO:<br>11-CV-00949 (HHK) |

## ORDER

With the Court having considered the motion by Plaintiff P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc. to order the United States Marshall Service to serve the Summons and Complaint on Defendants Lawrence DiGiovanna and James E. Peltzer, and the motion by Plaintiffs for the payment of Monetary Sanctions in the amount of $2,242.68, it is hereby

**ORDERED** that the motion by the Plaintiff for the United States Marshall to serve Defendants is **GRANTED**, and further

**ORDERED** that the motion by the Plaintiff for the payment of Monetary Sanctions is **GRANTED.**

**SO ORDERED** this __ Day of ___, 2011.

_____
By:   Henry H. Kennedy, Jr.
        United States District Judge

7