# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LAMONT

      Plaintiff      Civil No.     11-949  (BJR)

vs.

PROSKAUER ROSE LLP et al      Category    F

      Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Apr 3, 2012 from Judge Henry H. Kennedy to Judge Barbara Jacobs Rothstein by direction of the Calendar Committee.

Judge Kennedy has retired.

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge Henry H. Kennedy & Courtroom Deputy

Judge Barbara Jacobs Rothstein & Courtroom Deputy

Liaison, Calendar and Case Management Committee