UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT,

        Plaintiff,

v.

PROSKAUER ROSE LLP, *et al.*,

        Defendants.

Civil Action No. 11-cv-0949 (BJR)

ORDER FOR JOINT STATUS REPORT

       In light of the recent transfer of the above case to this court, the parties are ordered to meet and confer and to file a Joint Status Report addressing the status of the following:

       (1)    any settlement discussions,

       (2)    any pending motions,

       (3)    any scheduled or proposed deadlines,

       (4)    any other matters the parties believe should be brought to the court's attention.

       The parties shall file the Joint Status Report within fourteen (14) days of this Order. Should the parties fail to file the Report within that time, the court shall deem this case no longer active and shall enter an Order of Dismissal.

       **SO ORDERED** this fourth day of April, 2012.

*/s/ Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE