UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
:
P. STEPHEN LAMONT, individually, and as :
NOMINEE FOR 100% OF THE CAPITAL :
SHARES OF IVIEWIT HOLDINGS, INC., :
: No. 1:11-CV-00949 (HHK)
Plaintiff, :
:
- against - :
:
PROSKAUER ROSE LLP, et al., :
:
Defendants. :
:
------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Kent K. Anker of Friedman Kaplan Seiler & Adelman LLP, hereby appears as counsel for Defendants Foley & Lardner LLP, William J. Dick, Douglas A. Boehm, and Steven C. Becker in the above-captioned case and requests that the Clerk of the Court please enter his appearance.

                                                      Respectfully submitted,

                                                      _____/s/_____
                                                      Kent K. Anker, Bar No. NY0131
                                                      FRIEDMAN KAPLAN SEILER &
                                                      ADELMAN LLP
                                                      7 Times Square
                                                      New York, NY 10036-6516
                                                      (212) 833-1100
                                                      kanker@fklaw.com

1003741.1