UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT,

   Plaintiff,

  v.

PROSKAUER ROSE, LLP, *et al.*,

   Defendant.

Civil Action No. 11-0949 (BJR)

ORDER

**VACATING STAY; SCHEDULING DEADLINES; HOLDING IN ABEYANCE THE PLAINTIFF'S MOTION REQUESTING THAT U.S. MARSHAL'S SERVE DEFENDANTS & FOR SANCTIONS**

This matter is before the court upon the parties' recent joint status report. As the plaintiff has now paid the filing fee, *see* Minute Entry (Aug. 9, 2011), the court hereby **ORDERS** that the stay order is **VACATED**.

Further, there are several motions pending in this case that were not yet ripe due to the stay. The lifting of the stay will trigger various filings, including anticipated motions to dismiss. Therefore, the following deadlines are **ORDERED**:

- The plaintiff's reply brief for his Emergency Motion to Disqualify the Representative Capacity of the New York State Attorney General is due on Monday, June 4, 2012.

- The New York State Defendants, the Proskauer Defendants and defendant Raymond Joao filed separate motions to dismiss. Due to the stay, none of these defendants have filed a reply and they request an opportunity to do so. These defendants shall have until June 4, 2012 to file their replies.

- Any defendants who has not yet filed a motion to dismiss but intends to do so shall have until June 11, 2012.  The oppositions to any new motions to dismiss are due by July 2, 2012.  Any replies are due July 16, 2012.

- The Proskauer Defendants represent that they served a motion for sanctions on the plaintiff pursuant to Federal Rule of Civil Procedure 11, but that they never filed this motion with the court due to the stay order that was issued.  Therefore, the Proskauer Defendants shall have until May 29, 2012 to file a Rule 11 motion.  The plaintiff's opposition shall be due June 19, 2012.  The Proskauer Defendants' reply is due June 29, 2012.

Finally, the New York State Defendants observe that the plaintiff has moved for a court order directing the United States Marshal Service to serve two defendants and requesting sanctions on the Office of the New York State Attorney General's Office.  The New York State Defendants request that this motion be held in abeyance pending the resolution of their previously filed motion to dismiss.  If the court does not grant the New York State Defendants' motion to dismiss, they would then ask for a briefing schedule on the plaintiff's pending motion.  The plaintiff, on the other hand, "requests that the Court rule on this motion prior to hearing the State Defendants' motion to dismiss, where, for if not, the Court may risk ruling on the moving papers of a Defendants' counsel that should have been disqualified."

The court has conducted an initial review of the plaintiff's motion and agrees to proceed with the New York State Defendants' proposal.  Accordingly, the plaintiff's Motion for United States Marshal Service to Serve and for Sanctions shall be **held in ABEYANCE** pending the resolution of the New York State Defendants' motion to dismiss.  In the event that the New York

State Defendant's motion to dismiss is denied, either in whole or in part, the parties shall confer and, within five days of the court's decision, shall file a proposed briefing schedule regarding the plaintiff's motion.

    **SO ORDERED.**

May 21, 2012

 

*/s/ Barbara J. Rothstein*

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE