UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT individually, AND AS
NOMINEE FOR 100% OF THE CAPITAL SHARES
OF IVIEWIT HOLDINGS, INC.,

Plaintiff,

-v-

PROSKAUER ROSE LLP, et. al.

Defendant

DOCKET NO:
11-CV-949 (BJR)

MOTION

### CLARIFICATION OF THIS COURT'S MAY 21, 2012 ORDER

1. Plaintiff, P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc., moves this Court for clarification of the May 21, 2012 Order.

2. For purposes of clarification, in the Joint Status Report dated April 17, 2012 Plaintiff suggested that the Court should issue separate opinions as to ruling on the Motions to Dismiss (Joint Status Report 4.d.ii), where Plaintiff cites in support:

   a. The violations for each group of Defendants are separate and apart with differing sets of discovery; and

   b. Defendant Time Warner's violations are supplemental to the main cause of action in the original Complaint, and even where this Court grants Plaintiff leave to file a First Amended Complaint, Time Warner's violations are sufficiently different to warrant a separate opinion.

**WHEREFORE**, Plaintiff P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc. respectfully requests clarification of the May 21, 2012 Order and the entering of a minute Order specifying the Court's ruling in separate opinions on the Motions to Dismiss as to the so-called following groups of Defendants: Proskauer Defendants, Foley Defendants, New York State Defendants, Meltzer Lippe Goldstein & Breitsone LLP, Lewis S. Meltzer, Raymond A. Joao, and such further relief as this Court deems appropriate. Pursuant to Local Civil Rule 7(m), Plaintiff conferred with defendants' counsel who indicated the following to the relief requested by this motion: Foley Defendants do not consent; Proskauer Defendants did not respond; Defendant Raymond A. Joao did not respond; The New York State Defendants did not respond; Meltzer Lippe Goldstein and Breistone LLP did not respond; Lewis S. Meltzer did not respond; and, Time Warner Inc. did not respond.

Dated: May 22, 2012

                                                   Respectfully submitted,

                                                   <u>For Plaintiff</u>

                                                   <u>/s/ P. Stephen Lamont</u>
                                                   P. Stephen Lamont, Pro Se
                                                   926 Boston Post Road
                                                   Rye, N.Y. 10580
                                                   Tel.: (914) 217-0038
                                                   Email: p.stephen.lamont@gmail.com

**Copies To:**

Gregg M. Mashberg (via CM/ECF)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
212.969.3450
212.969.2900 (fax)
gmashberg@proskauer.com

James F. Segroves (via CM/ECF)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
jsegroves@proskauer.com

Counsel for Defendants Proskauer Rose LLP, Kenneth Rubenstein, and Christopher C. Wheeler

Paul R. Monsees (via CM/ECF)
FOLEY & LARDNER LLP
3000 K Street, NW
Suite 600
Washington, DC 20007-5109
202.672.5342
202.672.5399 (fax)
pmonsees@foley.com

Counsel for Defendant Foley & Lardner LLP

Monica A. Connell (via CM/ECF)
OFFICE OF THE ATTORNEY GENERAL
120 Broadway, 24th Floor
New York, NY 10271
212.416.8965
monica.connell@ag.ny.gov

Counsel for Defendants State of New York, Thomas J. Cahill, Martin R. Gold, Lawrence DiGiovanna, Diana Maxfield Kearse, and James E. Pelzer

Jared R. Butcher (via CM/ECF)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795

202.429.1302
202.429.3902 (fax)
jbutcher@steptoe.com
Counsel for Defendant Time Warner Inc.

Kent K. Anker (via CM/ECF)
Amy K. Penn (via CM/ECF)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
212.833.1100
212.833.1250 (fax)
kanker@fklaw.com
apenn@fklaw.com

Attorneys for Defendants Foley & Lardner LLP, William J. Dick, Douglas A. Boehm, and Steven C. Becker

Richard M. Howard (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
rhoward@meltzerlippe.com

Attorney for Meltzer, Lippe, Goldstein & Breitstone, LLP

Lewis S. Meltzer,  *pro se* (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
lmeltzer@meltzerlippe.com

RAYMOND A. JOAO, *pro se* (via email)
122 Bellevue Place
Yonkers, NY 10703

**Defendants Who Have Not Yet Appeared:**
BRIAN G. UTLEY
9541 Virginia Avenue S.
Bloomington, MN 55438

MICHAEL A. REALE
5304 Ventura Drive
Delray Beach, FL 33484

RAYMOND T. HIRSCH
6212 Mershon Street # A,
Philadelphia, PA 19149