**EXHIBIT 2:**

**Proposed Order**

**Proskauer Defendants' Motion for Sanctions,**
*Lamont v. Proskauer Rose LLP*,
**Civil Action No. 11-949 (HHK) (D.D.C.)**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| P. STEPHEN LAMONT, individually and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> PROSKAUER ROSE LLP, *et al.*, <br><br> Defendants. | Civil Action No. 11-949 (HHK) |

**ORDER**

With the Court having considered the Proskauer Defendants' Motion for Sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED**, that the Proskauer Defendants' motion is **GRANTED**; it is

**FURTHER ORDERED**, that Plaintiff P. Stephen Lamont shall pay $ _____.00 to the Proskauer Defendants as reimbursement for attorneys' fees and expenses incurred in this action; and it is

**FURTHER ORDERED**, that Lamont is hereby enjoined from filing any action in any court related to the subject matter of this action without first obtaining leave of court. In seeking leave of court, Lamont must certify that the claim or claims he wishes to present are new claims never before raised and disposed of on the merits by any court. He must also certify that the claim or claims are not frivolous or asserted in bad faith. Additionally, the motion for leave to file must be captioned "Application Pursuant to Court Order Seeking Leave to File." Lamont must affix a copy of this order to any such motion, as well as a copy of the pleading he seeks

leave to file. Failure to comply strictly with the terms of this injunction will be sufficient grounds for denying leave to file.

      **SO ORDERED**, this _____ day of _____, 2011.


                        By: _____
                            HENRY H. KENNEDY, JR.
                            United States District Judge

- 3 -

Copies To:

| | |
|---|---|
| Gregg M. Mashberg (*via CM/ECF*)<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>212.969.3450<br>212.969.2900 (fax)<br>gmashberg@proskauer.com | P. Stephen Lamont (*via CM/ECF*)<br>35 Locust Avenue<br>Rye, NY 10580<br>516.652.1639<br><br>*Plaintiff Pro Se* |
| James F. Segroves (*via CM/ECF*)<br>PROSKAUER ROSE LLP<br>1001 Pennsylvania Avenue, NW<br>Suite 400 South<br>Washington, DC 20004-2533<br>202.416.6800<br>202.416.6899 (fax)<br>jsegroves@proskauer.com<br><br>*Counsel for Defendants Proskauer Rose LLP, Kenneth Rubenstein, Christopher C. Wheeler, and the late Steven C. Krane* | Paul R. Monsees (*via CM/ECF*)<br>FOLEY & LARDNER LLP<br>3000 K Street, NW<br>Suite 600<br>Washington, DC 20007-5109<br>202.672.5342<br>202.672.5399 (fax)<br>pmonsees@foley.com<br><br>*Counsel for Defendant Foley & Lardner LLP* |
| Monica A. Connell (*via CM/ECF*)<br>OFFICE OF THE ATTORNEY GENERAL<br>120 Broadway, 24th Floor<br>New York, NY 10271<br>212.416.8965<br>monica.connell@ag.ny.gov<br><br>*Counsel for Defendants State of New York, Thomas J. Cahill, Martin R. Gold, Hon. Richard T. Andrias, Hon. David B. Saxe, Lawrence DiGiovanna, Diana Maxfield Kearse, and James E. Pelzer* | Jared R. Butcher (*via CM/ECF*)<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036-1795<br>202.429.1302<br>202.429.3902 (fax)<br>jbutcher@steptoe.com<br><br>*Counsel for Defendant Time Warner, Inc.* |

Kent K. Anker (admission pending)
(*via email*)
Amy K. Penn (admission pending)
(*via email*)
FRIEDMAN KAPLAN SEILER &
   ADELMAN LLP
7 Times Square
New York, NY 10036-6516
212.833.1100
212.833.1250 (fax)
kanker@fklaw.com
apenn@fklaw.com

*Attorneys for Defendants Foley & Lardner LLP, William J. Dick, Douglas A. Boehm, and Steven C. Becker*

<u>Defendants Who Have Not Yet Appeared:</u>

| | |
|---|---|
| RAYMOND A. JOAO<br>122 Bellevue Place<br>Yonkers, NY 10703 | DOUGLAS A. BOEHM<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202 |
| BRIAN G. UTLEY<br>9541 Virginia Avenue S.<br>Bloomington, MN 55438 | STEVEN C. BECKER<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202 |
| MICHAEL A. REALE<br>5304 Ventura Drive<br>Delray Beach, FL 33484 | RAYMOND T. HIRSCH<br>6212 Mershon Street # A,<br>Philadelphia, PA 19149 |