**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| P. STEPHEN LAMONT, individually, and as nominee for 100% of the capital shares of Iviewit Holdings, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>PROSKAUER ROSE LLP, *et al.*,<br><br>        Defendants. | Civil Action No. 11-949 (BJR) |

**DEFENDANT TIME WARNER INC.'S OPPOSITION TO PLAINTIFF'S**
**MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

Defendant Time Warner Inc. ("Time Warner") submits this memorandum in opposition to Plaintiff's motion to amend the complaint. *See* Dkt. 44. In essence, the motion seeks to add Time Warner to Plaintiff's Section 1983 "claim" already alleged against the other defendants. The motion should be denied for the following reasons:

Amending the complaint would be futile. Time Warner is filing its motion to dismiss the complaint today, and other defendants have already filed motions to dismiss. Those motions make clear that Plaintiff's "claims" – including the Section 1983 "claim" he seeks to add against Time Warner – are frivolous, lack any support in fact or law, and solely serve to harass the defendants. *See Graves v. United States*, 961 F. Supp. 314, 317 (D.D.C. 1997) (stating that amendment of a complaint "should be denied as 'futile' if the complaint as amended could not withstand a motion to dismiss and denying *pro se* plaintiff's motion to amend); *see also* Fed. R. Civ. P. 15. Also, as explained in the Proskauer Defendants' motion to dismiss, Plaintiff's

"claims" were dismissed by the Southern District of New York, which suggests the same result should be reached here.  *See* Dkt. 21 at 8–12.  Accordingly, Time Warner incorporates the arguments from its motion to dismiss, filed today, as well as the Section 1983 arguments from motions to dismiss previously filed by other parties in this matter.  *See* Dkt. 11, Dkt. 21, Dkt. 31 & Dkt. 47.

Plaintiff's amended complaint is the result of his own bad faith and undue delay.  *See Bridges v. Lezell Law, PC*, --- F. Supp. 2d ---, 2012 WL 386493, at *2 (D.D.C. Feb. 8, 2012) ("courts may consider undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc" (quotation omitted)).  Correspondence with counsel for Warner Bros. (Time Warner's subsidiary) demonstrates that Plaintiff threatened to assert similar claims as early as February 2002.  *See* Ex. 2 to Time Warner's Mot. to Dismiss (March 5, 2002 letter from W. Smith to P. Lamont).  Plaintiff chose not to include Time Warner in his first lawsuit in the Southern District of New York, and even when he did include Time Warner in the present case, he still elected not to assert a Section 1983 claim.  In his most recent email communications with defense counsel, Plaintiff inexplicably offered to dismiss all defendants except Time Warner.  He appears to be attempting to style this action similar to the action he commenced not long ago against Rovi Corporation – perhaps in the hope of escaping the effect of the dismissal of his first lawsuit in New York.  Regardless, Plaintiff's delay in bringing a Section 1983 claim against Time Warner was intentional, and his game-playing and ongoing harassment of Time Warner and others demonstrates bad faith.  In two separate courts, he has failed to allege anything resembling a

viable legal claim, and his ongoing shakedown tactics waste judicial resources and unduly prejudice the defendants.

Finally, Plaintiff has failed to set forth the facts and authorities in support of his motion, as required by Local Rule 7(a). This is, presumably, because there are none.

For all the foregoing reasons, Time Warner respectfully requests that the Court deny Plaintiff's motion for leave to amend and dismiss all claims with prejudice.

Dated: June 4, 2012                                  Respectfully submitted,

/s/_____Jared R. Butcher_____
Jared R. Butcher (D.C. Bar No. 986287)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Phone: (202) 429-3000
Fax:    (202) 429-3902
jbutcher@steptoe.com

*Counsel for Defendant Time Warner Inc.*