**CERTIFICATE OF SERVICE**

   I hereby certify that I caused a copy of the foregoing Reply Memorandum in Further Support of the Motion to Dismiss by the State Defendants to be served electronically upon all parties appearing thusfar in the action:

P. Stephen Lamont (*Via ECF*)
35 Locust Avenue
Rye, NY 10580
(914) 217-0038
Email: pslamont@gmail.com
Plaintiff Pro Se

Gregg M. Mashberg, Esq.  (*Via ECF*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
212.969.3450
212.969.2900 (fax)
gmashberg@proskauer.com

James F. Segroves, Esq.  (*Via ECF*)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
jsegroves@proskauer.com
Counsel for Proskauer Rose Defendants


Paul R. Monsees, Esq.  (*Via ECF*)
FOLEY & LARDNER LLP
3000 K Street, NW
Suite 600
Washington, DC 20007-5109
202.672.5342
202.672.5399 (fax)
pmonsees@foley.com
Counsel for Foley & Lardner Defendants

Jared R. Butcher, Esq.  (*Via ECF*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795

202.429.1302
202.429.3902 (fax)
jbutcher@steptoe.com
<u>Counsel for Time Warner, Inc.</u>

Kent K. Anker, Esq.  (*Via ECF*)
Amy K. Penn, Esq.
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
7 Times Square
New York, NY 10036-6516
212.833.1100
212.833.1250 (fax)
kanker@fklaw.com
apenn@fklaw.com
<u>Attorneys for Foley & Lardner Defendants</u>

Richard M. Howard, Esq. (*Via ECF*)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
rhoward@meltzerlippe.com
Attorney for Meltzer, Lippe Defendants

this 4th day of June, 2012.                                  /s/
                                                  _____
                                                         Monica Connell