UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
:
P. STEPHEN LAMONT, individually, and as :
NOMINEE FOR 100% OF THE CAPITAL :
SHARES OF IVIEWIT HOLDINGS, INC., :
: No. 1:11-CV-00949 (BJR)
Plaintiff, :
:
- against - :
:
PROSKAUER ROSE LLP, et al., :
:
Defendants. :
:
------------------------------------------------------------x

## FOLEY DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT (DKT. 44)

Defendants Foley & Lardner LLP, Steven C. Becker, Douglas A. Boehm, and William J. Dick (collectively, the "Foley Defendants") respectfully submit this Opposition to Plaintiff P. Stephen Lamont's Motion for Leave to File a First Amended Complaint (Dkt. 44).

Plaintiff's proposed amendment does not materially alter the claims against the Foley Defendants; however, because it restates the groundless and frivolous allegations and claims in the original Complaint, the proposed First Amended Complaint suffers from the same fatal infirmities and should be rejected as futile. As described more fully in the Foley Defendants' pending Motion to Dismiss (Dkt. 47), all claims against the Foley Defendants should be dismissed with prejudice.

In 2008, the Southern District of New York dismissed Lamont's identical federal claim and then denied his motions to reconsider and reopen. The Second Circuit twice held that his appeals of those decisions were frivolous and "lack[ed] an arguable basis in law." *See, e.g.,*

*Bernstein v. State*, 591 F. Supp. 2d 448 (S.D.N.Y. 2008) (Scheindlin, J); *Bernstein v. State*, No. 07 Civ. 11196 (SAS) (S.D.N.Y. Aug. 19, 2008) (denying motion to reconsider); *Bernstein v. App. Div. First Dep't Departmental Disciplinary Comm., et al.*, No. 08-4873-cv (2d Cir. Jan. 5, 2010) (denying appeal as frivolous and lacking "an arguable basis in law"); *Bernstein v. App. Div. First Dep't Departmental Discplinary Comm., et al.*, No. 07 Civ. 11196 (SAS), 2010 U.S. Dist. LEXIS 132830 (S.D.N.Y. Dec. 15, 2010) (denying motion to reopen); *Bernstein v. App. Div. First Dep't Departmental Disciplinary Comm., et al.*, No. 10-5303-cv (2d Cir. Apr. 14, 2011) (dismissing appeal of motion to reopen as having no "arguable basis in law.") (unreported decisions were previously submitted for the Court's convenience as exhibits to the Affidavit of Amy Penn, dated May 30, 2012 (Dkt. 47).)

As explained more fully in the Memorandum of Points and Authorities in Support of the Foley Defendants' Motion to Dismiss (Dkt. 47) Lamont's claims against the Foley Defendants should be dismissed with prejudice because: the doctrines of *res judicata* and collateral estoppel based on the previous decisions in the Southern District of New York and the Second Circuit preclude Lamont's federal claim; he lacks standing to bring any of his claims; the claims are all facially time-barred; his allegations fail to state any cognizable legal claim and do not provide the elements or required specificity of the claims asserted; and this Court lacks personal jurisdiction over certain of the Foley Defendants. Every court and tribunal to have reviewed Lamont's claims has rejected them; particularly while defendants' motions to dismiss are pending, this Court should reject the proposed amendment.

**(remainder of page intentionally left blank)**

Dated:  New York, New York
        June 4, 2012

                                        Respectfully submitted,

                                        FRIEDMAN KAPLAN SEILER &
                                          ADELMAN LLP

                                        _____
                                        Kent K. Anker, Bar No. NY0131
                                        kanker@fklaw.com
                                        Amy K. Penn, Bar No. NY0132
                                        apenn@fklaw.com
                                        7 Times Square
                                        New York, NY 10036
                                        (212) 833-1100

                                        *Attorneys for Defendants Foley & Lardner LLP,*
                                        *Steven C. Becker, Douglas A. Boehm, and*
                                        *William J. Dick*