# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P. STEPHEN LAMONT, individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC., | |
| **Plaintiff,** | Civil Action No: 11-00949 (BJR) |
| **v.** | |
| PROSKAUER ROSE LLP, et al. | REPLY |
| **Defendants.** | |

## REPLY: NEW YORK STATE DEFENDANTS OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

### INTRODUCTION

1.      On May 21, 2012 Plaintiff filed a Motion for Leave to File an Amended Complaint (Docket No. 44) based on new information stating that the purpose of the First Amended Complaint is to:

   a.  Bring a claim against Defendant Time Warner Inc. for violation of 42 U.S.C. 1983 based on such new information; and

   b.  Dismiss Defendants Steven C. Krane, Hon. Richard T. Andrias, and Hon. David B. Saxe.

2.      On June 4, 2012, the counsel for the New York State Defendants filed a Declaration of Monica Connell in Opposition to Plaintiff's Motion for Leave to Amend.

### BASES OF REPLY

3.      The New York State Defendants in its Opposition to the Motion at hand relies on:

   a.  Uncertainty in the dismissal of, *inter alia*, Hon. Richard T. Andrias and the Hon. David B. Saxe with prejudice; and

      b.  "Jurisdictional and substantive defects in his claims."

In Reply, Plaintiff states as follows:

4.    <u>Dismissal of Defendants Hon. Richard T. Andrias and Hon. David B. Saxe</u>.

      a.  Plaintiff dismisses Defendants Andrias and Saxe with prejudice.

5.    <u>"Jurisdictional and substantive defects in his claims"</u>

      a.  Plaintiff directs the Court attention to the Plaintiff's Opposition to the State Defendants Motion to Dismiss (DKT No. 17).

## CONCLUSION

**WHEREFORE,** for all the foregoing reasons, Plaintiff respectfully requests this Court to grant Plaintiff's Motion for Leave to File the Amended Complaint based on new information and such further relief as this Court deems appropriate.

Dated: June 6, 2012

P.STEPHEN LAMONT, *pro se*

/s/ P. Stephen Lamont
926 Boston Post Road
Rye, N.Y. 10580
Tel.: (914) 217-0038
p.stephen.lamont@gmail.com

**Copies To:**

Gregg M. Mashberg (via CM/ECF)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
212.969.3450
212.969.2900 (fax)
gmashberg@proskauer.com

James F. Segroves (via CM/ECF)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
jsegroves@proskauer.com

Counsel for Defendants Proskauer Rose LLP, Kenneth Rubenstein, Christopher C. Wheeler, and the late Steven C. Krane

Paul R. Monsees (via CM/ECF)
FOLEY & LARDNER LLP
3000 K Street, NW
Suite 600
Washington, DC 20007-5109
202.672.5342
202.672.5399 (fax)
pmonsees@foley.com

Counsel for Defendant Foley & Lardner LLP

Monica A. Connell (via CM/ECF)
OFFICE OF THE ATTORNEY GENERAL
120 Broadway, 24th Floor
New York, NY 10271
212.416.8965
monica.connell@ag.ny.gov

Counsel for Defendants State of New York, Thomas J. Cahill, Martin R. Gold, Hon. Richard T. Andrias, Hon. David B. Saxe, Lawrence DiGiovanna, Diana Maxfield Kearse, and James E. Pelzer

Jared R. Butcher (via CM/ECF)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202.429.1302

202.429.3902 (fax)
jbutcher@steptoe.com

Counsel for Defendant Time Warner Inc.

Kent K. Anker (via CM/ECF)
Amy K. Penn (via CM/ECF)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
212.833.1100
212.833.1250 (fax)
kanker@fklaw.com
apenn@fklaw.com

Attorneys for Defendants Foley & Lardner LLP, William J. Dick, Douglas A. Boehm, and
Steven C. Becker

Richard M. Howard (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
rhoward@meltzerlippe.com

Attorney for Meltzer, Lippe, Goldstein & Breitstone, LLP

Lewis S. Meltzer,  *pro se* (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
lmeltzer@meltzerlippe.com

RAYMOND A. JOAO, *pro se* (via email)
122 Bellevue Place
Yonkers, NY 10703

**Defendants Who Have Not Yet Appeared:**

BRIAN G. UTLEY
9541 Virginia Avenue S.
Bloomington, MN 55438

MICHAEL A. REALE
5304 Ventura Drive
Delray Beach, FL 33484

RAYMOND T. HIRSCH
6212 Mershon Street # A,
Philadelphia, PA 19149

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**P. STEPHEN LAMONT, individually, AND AS**
**NOMINEE FOR 100% OF THE CAPITAL SHARES**
**OF IVIEWIT HOLDINGS, INC.,**

**Plaintiff,**                                     **Civil Action No:**
                                                   **11-00949 (BJR)**
**v.**

**PROSKAUER ROSE LLP, et al.**                     **ORDER**

**Defendants.**

---

**ORDER**

This matter is before the Court on the New York State Defendants Opposition to Plaintiff's Motion for Leave to Amend, where on June 6, 2012, Plaintiff, P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc., replied to this Court to grant leave to file the Amended Complaint.

Accordingly, having considered the Motion for Leave, the Opposition, and the Reply it is hereby **ORDERED** that Plaintiffs' Motion for Leave to File an Amended Complaint is **GRANTED.**  It is **FURTHER ORDERED** that, as Motion practice concludes, the parties begin settlement negotiations under the supervision of the Court.

**SO ORDERED.**

**Signed: Barbara J. Rothstein**
**United States Senior Judge**

DATED: _____, 2012