UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P. STEPHEN LAMONT, individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROSKAUER ROSE LLP, et al. <br><br> Defendants. | Civil Action No: <br> 11-00949 (BJR) <br><br><br><br> REPLY |

### REPLY: FOLEY DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT

#### INTRODUCTION

1. On May 21, 2012 Plaintiff filed a Motion for Leave to File an Amended Complaint (Docket No. 44) based on new information stating that the purpose of the First Amended Complaint is to:

> a. Bring a claim against Defendant Time Warner Inc. for violation of 42 U.S.C. 1983 based on such new information; and
>
> b. Dismiss Defendants Steven C. Krane, Hon. Richard T. Andrias, and Hon. David B. Saxe.

2. On June 4, 2012, the counsel for the Foley Defendants (Foley & Lardner LLP, William J. Dick, Douglas A. Boehm, and Steven C. Becker filed a Foley Defendants' Opposition to Plaintiff's Motion For Leave to File a First Amended Complaint.

3. Plaintiff reminds the Court that, there are NO new factual allegations against the Foley Defendants in the Amended Complaint, however, as they effectively burden the Court's docket

with unnecessary motions practice, mindlessly regurgitate their defenses, and litigate outside of the direct claims against them it is par for the course.

## BASES OF REPLY

4. The Foley Defendants in its Opposition to the Motion at hand relies on:

    a. "it restates the groundless and frivolous allegations and claims in the original Complaint."

In Reply, Plaintiff states as follows:

   a. The Foley Defendants, as they note, has since filed its Motion to Dismiss, served Plaintiff with a Motion for Sanctions, and now this Opposition, and in doing so, declares "game over!" Plaintiff asks, "Did Judge Rothstein retire as well, and someone forgot to notify Plaintiff?"

   b. Should the Foley Defendants, as they have claimed, object to the cause of action in these matters <u>that is for the Court to order and give leave to amend</u>, not for the Foley Defendants to "demand," serve Plaintiff with a Motion for Sanctions, and Oppose leave; <u>perhaps, the Foley Defendants would like to act as their own jury as well</u>.

   c. Respectfully, as the Foley Defendants continuously rehearse their defenses, Plaintiff directs the Court to Plaintiff's Opposition to the Foley Defendants Motion to Dismiss forthcoming.

## CONCLUSION

**WHEREFORE,** for all the foregoing reasons, Plaintiff respectfully requests this Court to grant Plaintiff's Motion for Leave to File the Amended Complaint and such further relief as this Court deems appropriate.

Dated: June 8, 2012

                                        P.STEPHEN LAMONT, *pro se*

                                        /s/ P. Stephen Lamont
                                        926 Boston Post Road
                                        Rye, N.Y. 10580
                                        Tel.: (914) 217-0038
                                        p.stephen.lamont@gmail.com

**Copies To:**

Gregg M. Mashberg (via CM/ECF)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
212.969.3450
212.969.2900 (fax)
gmashberg@proskauer.com

James F. Segroves (via CM/ECF)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
jsegroves@proskauer.com

Counsel for Defendants Proskauer Rose LLP, Kenneth Rubenstein, Christopher C. Wheeler, and the late Steven C. Krane

Paul R. Monsees (via CM/ECF)
FOLEY & LARDNER LLP
3000 K Street, NW
Suite 600
Washington, DC 20007-5109
202.672.5342
202.672.5399 (fax)
pmonsees@foley.com

Counsel for Defendant Foley & Lardner LLP

Monica A. Connell (via CM/ECF)
OFFICE OF THE ATTORNEY GENERAL
120 Broadway, 24th Floor
New York, NY 10271
212.416.8965
monica.connell@ag.ny.gov

Counsel for Defendants State of New York, Thomas J. Cahill, Martin R. Gold, Hon. Richard T. Andrias, Hon. David B. Saxe, Lawrence DiGiovanna, Diana Maxfield Kearse, and James E. Pelzer

Jared R. Butcher (via CM/ECF)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202.429.1302

202.429.3902 (fax)
jbutcher@steptoe.com

Counsel for Defendant Time Warner Inc.

Kent K. Anker (via CM/ECF)
Amy K. Penn (via CM/ECF)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
212.833.1100
212.833.1250 (fax)
kanker@fklaw.com
apenn@fklaw.com

Attorneys for Defendants Foley & Lardner LLP, William J. Dick, Douglas A. Boehm, and Steven C. Becker

Richard M. Howard (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
rhoward@meltzerlippe.com

Attorney for Meltzer, Lippe, Goldstein & Breitstone, LLP

Lewis S. Meltzer, *pro se* (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
lmeltzer@meltzerlippe.com

RAYMOND A. JOAO, *pro se* (via email)
122 Bellevue Place
Yonkers, NY 10703

**Defendants Who Have Not Yet Appeared:**

BRIAN G. UTLEY
9541 Virginia Avenue S.
Bloomington, MN 55438

MICHAEL A. REALE
5304 Ventura Drive
Delray Beach, FL 33484

RAYMOND T. HIRSCH
6212 Mershon Street # A,
Philadelphia, PA 19149

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **P. STEPHEN LAMONT, individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.,** | |
| **Plaintiff,** | Civil Action No: 11-00949 (BJR) |
| v. | |
| **PROSKAUER ROSE LLP, et al.** | ORDER |
| **Defendants.** | |

**ORDER**

This matter is before the Court on the Foley Defendants' Opposition to Plaintiff's Motion for Leave to File a First Amended Complaint, where on June 8, 2012, Plaintiff, P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc., replied to this Court to grant leave to file the Amended Complaint.

Accordingly, having considered the Motion for Leave, the Opposition, and the Reply it is hereby **ORDERED** that Plaintiffs' Motion for Leave to File an Amended Complaint is **GRANTED.** It is **FURTHER ORDERED** that, as Motion practice concludes, the parties begin settlement negotiations under the supervision of the Court.

**SO ORDERED.**

**Signed: Barbara J. Rothstein**
**United States Senior Judge**


DATED: _____, 2012