UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x
                                                     :

P. STEPHEN LAMONT, individually, and as   :
NOMINEE FOR 100% OF THE CAPITAL
SHARES OF IVIEWIT HOLDINGS, INC.,      :

                                                     :    No. 1:11-CV-00949 (BJR)

                        Plaintiff,            :

              - against -                    :

PROSKAUER ROSE LLP, et al.,            :

                      Defendants.      :
---------------------------------------------------------------x

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE COURT:

       Kindly withdraw my appearance on behalf of Defendants Foley & Lardner LLP, William J. Dick, Douglas A. Boehm, and Steven C. Becker in the captioned matter. Kent K. Anker of the firm Friedman Kaplan Seiler & Adelman LLP remains counsel for these defendants in this action.

Dated: New York, New York
June 14, 2012

                                                     Respectfully submitted,

                                                     FRIEDMAN KAPLAN SEILER &
                                                       ADELMAN LLP

                                                     /s/ Amy K. Penn
                                                   Amy K. Penn, Bar No. NY0132
                                                   apenn@fklaw.com
                                                   7 Times Square
                                                   New York, NY 10036-6516
                                                   (212) 833-1100

                                                   *Attorneys for Defendants Foley & Lardner*
                                                   *LLP, Steven C. Becker, Douglas A. Boehm,*
                                                   *and William J. Dick*