UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P. STEPHEN LAMONT, individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROSKAUER ROSE LLP, et al. <br><br> Defendants. | Civil Action No: <br> 11-00949 (BJR) <br><br><br> MOTION |

## MOTION FOR JUDGMENT NON-PROSEQUITOR: MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP and LEWIS S. MELTZER

1.  Meltzer, Lippe, Goldstein, & Breitstone LLP ("MLG") and Lewis S. Meltzer ("Meltzer") are Defendants in this instant action.

2.  On May 21, 2012, this Court issued an Order requiring Defendant MLG and Meltzer to Answer or Move with respect to the Complaint by June 11, 2012.

3.  While it is acknowledged that a Motion to Dismiss was served upon Plaintiff on June 8, 2012 and filed with the Court on June 11, 2012, as of June 18, 2012, the Court Clerk has not docketed such Motion to Dismiss of what are now referred to as the "Meltzer Defendants."

4.  During a telephone conversation with the docketing clerk in the afternoon of June 18, 2012, it has been determined and the clerk states that "Defendants MLG and Meltzer have no attorney of record, and that, Richard M. Howard ("Howard"), MLG's and Meltzer's purported attorney of record, is not admitted to this Court and has not made an appearance," or words to these effects.

5.  Accordingly, Plaintiff takes the position that MLG and Meltzer under the cover of what are now referred to as the "Meltzer Defendants" have a defective Motion before the Court by an

attorney who neither is admitted to practice before this Court nor, and even if he was admitted to practice, has made no notice of appearance.

6. That the Court should grant no leave to repair such defect and grandfather the Motion to Dismiss, that the Court should grant no enlargement of time to file a proper Motion, as either or both would be prejudicial to a *Pro Se* Plaintiff who timely and properly files in compliance with Court orders.

7. Howard had 390 days to put his affairs in order, and in his flagrant disregard for the American system of jurisprudence, the Federal Rules of Civil Procedure, and the Rules of this Court, Howard sees fit to make up his own rules as he goes along.

8. That further, Howard has made a veritable laughing stock of his representation, at first advising Plaintiff that he was representing MLG and that Meltzer was acting Pro Se, then out of the blue, defectively files a Motion to Dismiss under the cover of what he now refers to as the "Meltzer Defendants."

9. Simply put, Defendants MLG and Meltzer, now acting under the cover of the "Meltzer Defendants" have not complied with the May 21, 2012 Order, and thus are subject to judgment for filing defective moving papers, thereby failing to answer within the 21 day period.

10. Pursuant to Local Civil Rule 7(m), Plaintiff conferred with defendants' counsel who indicated the following to the relief requested by this motion: Foley Defendants do not consent; Proskauer Defendants do not consent; Defendant Raymond A. Joao, while acknowledging a delivery receipt, did not respond; the New York State Defendants do not consent; Meltzer Defendants do not consent; and, Time Warner Inc. did not respond.

11.     For the foregoing reasons, Plaintiff respectfully requests this Court to issue a judgment non-prosequitor against Meltzer, Lippe, Goldstein, & Breitstone, LLP and Lewis S. Meltzer and granting such other and further relief as the Court deems appropriate.

Dated: June 18, 2012

P. STEPHEN LAMONT, *pro se*

/s/ P. Stephen Lamont
926 Boston Post Road
Rye, N.Y. 10580
Tel.: (914) 217-0038
p.stephen.lamont@gmail.com

**Copies To:**

Gregg M. Mashberg (via CM/ECF)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
212.969.3450
212.969.2900 (fax)
gmashberg@proskauer.com

James F. Segroves (via CM/ECF)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
jsegroves@proskauer.com

Counsel for Defendants Proskauer Rose LLP, Kenneth Rubenstein, Christopher C. Wheeler, and the late Steven C. Krane

Paul R. Monsees (via CM/ECF)
FOLEY & LARDNER LLP
3000 K Street, NW
Suite 600
Washington, DC 20007-5109
202.672.5342
202.672.5399 (fax)
pmonsees@foley.com

Counsel for Defendant Foley & Lardner LLP

Monica A. Connell (via CM/ECF)
OFFICE OF THE ATTORNEY GENERAL
120 Broadway, 24th Floor
New York, NY 10271
212.416.8965
monica.connell@ag.ny.gov

Counsel for Defendants State of New York, Thomas J. Cahill, Martin R. Gold, Hon. Richard T. Andrias, Hon. David B. Saxe, Lawrence DiGiovanna, Diana Maxfield Kearse, and James E. Pelzer

Jared R. Butcher (via CM/ECF)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202.429.1302

202.429.3902 (fax)
jbutcher@steptoe.com

Counsel for Defendant Time Warner Inc.

Kent K. Anker (via CM/ECF)
Amy K. Penn (via CM/ECF)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
212.833.1100
212.833.1250 (fax)
kanker@fklaw.com
apenn@fklaw.com

Attorneys for Defendants Foley & Lardner LLP, William J. Dick, Douglas A. Boehm, and Steven C. Becker

Richard M. Howard (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
rhoward@meltzerlippe.com

Attorney for Meltzer, Lippe, Goldstein & Breitstone, LLP

Lewis S. Meltzer, *pro se* (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
lmeltzer@meltzerlippe.com

RAYMOND A. JOAO, *pro se* (via email)
122 Bellevue Place
Yonkers, NY 10703

**Defendants Who Have Not Yet Appeared:**

BRIAN G. UTLEY
9541 Virginia Avenue S.
Bloomington, MN 55438

MICHAEL A. REALE
5304 Ventura Drive
Delray Beach, FL 33484

RAYMOND T. HIRSCH
6212 Mershon Street # A,
Philadelphia, PA 19149

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **P. STEPHEN LAMONT, individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**PROSKAUER ROSE LLP, et al.**<br><br>**Defendants.** | **Civil Action No:**<br>**11-00949 (BJR)**<br><br><br>**ORDER** |

## ORDER

This matter is before the Court on Plaintiff's Motion for Judgment Non-Prosequitor: Meltzer, Lippe, Goldstein, & Breitstone, LLP and Lewis S. Meltzer.  Having considered Plaintiff's Motion and review of the moving papers in the Motion to Dismiss of Meltzer, Lippe, Goldstein & Breitstone, LLP, it is

**ORDERED** that Plaintiff's Motion for Judgment Non-Prosequitor: Meltzer, Lippe, Goldstein, & Breitstone, LLP and Lewis S. Meltzer must be **GRANTED.**

**SO ORDERED.**

**Signed: Hon. Barbara J. Rothstein**
**United States Senior Judge**

DATED: _____, 2012