IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT,

        Plaintiff,

v.

PROSKAUER ROSE LLP, *et al.*,

        Defendants.

Civil Action No. 11-949 (HHK)

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK}
                } SS:
COUNTY OF NASSAU }

    Richard M. Howard, being duly sworn, deposes and says: I am not a party to this action; I am over 18 years of age; and I reside in Nassau County, New York

    On June 20, 2012, I caused to be served a true and correct copy of the annexed **MOTION FOR *PRO HAC VICE* ADMISSION and OPPOSITION TO PLAINTIFF'S MOTION FOR *NOLO PROSEQUI*,** by delivering same, in a properly addressed, postage-paid wrapper, and caused it to be deposited in an official depository under the exclusive care and custody of the United States Postal Service to:

**Raymond A. Joao**
**122 Bellevue Place**
**Yonkers, NY 10703**

**Raymond T. Hirsch**
**6212 Mershon Street, #A**
**Philadelphia, PA 19149**

**Michael A. Reale**
**5304 Ventura Drive**
**Delray Beach, FL 33484**

**Brian G. Utley**
**9541 Virginia Avenue South**
**Bloomington, MN 55438**

**Monica Connell, Esq.**
**Office of the Attorney General/NY**
**120 Broadway**
**24th Floor**
**New York, NY 10271**
**212-416-8965**
**Monica.connell@ag.ny.gov**

583719-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Attorney for: State of New York; Thomas J. Cahill;
Marin R. Gold; Richard T. Andrias; David B. Saxe;
Lawrence Digiovanna; Diana Maxfield Kearse; and James E. Peltzer

**Jared R. Butcher, Esq.**
**Steptoe & Johnson LLP**
**1330 Connecticut Avenue, NW**
**Washington, D.C. 20036-1795**
**202-429-1302**
jbutcher@steptoe.com
**Attoneys for: Time Warner, Inc.**

**P. Stephen Lamont**
**35 Locust Avenue**
**Rye, NY 10580**
**914-217-0038**
p.stephen.lamont@gmail.com
*Pro Se*

**Amy K. Penn, Esq.**
**Friedman Kaplan Seiler & Adelman, LLP**
**7 Times Square**
**New York, NY 10036**
**212-833-1100**
apenn@fklaw.com
**Attorneys for: Foley & Lardner LLP; William J. Dick;**
**Douglas A. Boehm; and Steven C. Becker**

**Gregg Mashberg, Esq.**
**Proskauer Rose, LLP**
**11 Times Square**
**New York, NY 10036**
**212-969-3450**
gmashberg@proskauer.com
**Attorneys for: Proskauer Rose LLP; Kenneth Rubenstein;**
**Christopher C. Wheeler; and Steven C. Krane**

_____
Richard M. Howard

Sworn to before me this
20th Day of July, 2012

_____
Notary Public
THOMAS J. BIANCO
Notary Public, State of New York
No. 4894771
Qualified in Queens County
Commission Expires April 20, 2013

583719-1