## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT, individually, AND AS
NOMINEE FOR 100% OF THE CAPITAL SHARES
OF IVIEWIT HOLDINGS, INC.,

Plaintiff,

v.

PROSKAUER ROSE LLP, et al.

Defendants.

Civil Action No:
11-00949 (BJR)

REPLY

### REPLY: RESPONSE TO PLAINTIFF'S MOTION TO HOLD DEFENDANTS MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP and LEWIS S. MELTZER IN DEFAULT

1.      This never ending saga of defective motion practice by Richard M. Howard, purported attorney for the Defendants: Meltzer Lippe Goldstein & Breitstone, LLP and Lewis S. Meltzer in response to Plaintiff's June 18, 2012 Motion for Judgment Non-Prosequitor (Dkt. No. 63), now escalates to a defective "Response" to Motion.

2.      Finally, after 398 days since the commencement of the instant action, Mr. Howard seeks the Court's permission in his Motion for Leave to Appear Pro Hac Vice (Dkt. No. 65)?

3.      That just prior to the docketing of Mr. Howard's Motion for Leave, he instructs his sponsor, a one Daniel Kinburn, to file a "Response" (or perhaps it should be termed Opposition to conform to the norm of this Court) where such Kinburn files a "Response" to Motion out of the blue without even a hint of a Notice of Appearance (since filed several hours later); where will it all end?

4.      It also should be noted that Mr. Howard executes such Declaration in the "Response" (Dkt No. 66), again, without leave of the Court to proceed Pro Hac Vice AND without a Notice

of Appearance; so we continue to advance down the golden road of defective filings by Mr. Howard.

5.      To reiterate Plaintiff's Motion for Judgment Non-Prosequitor (Dkt No. 63), where on May 21, 2012, this Court issued an Order requiring Defendant Meltzer, Lippe, Goldstein & Breitstone, LLP ("MLG") and Lewis S. Meltzer ("Meltzer") to Answer or Move with respect to the Complaint by June 11, 2012.

6.      In something that faintly resembles a properly filed and served Motion to Dismiss and now some 11 days after the filing deadline, the Court Clerk still has not docketed such Motion to Dismiss of what are now referred to as the "Meltzer Defendants," and in his "Response" Mr. Howard cries "inadvertent error" and scrambles to uncover any case law he can pointing to what he refers to as "mere technicalities."

7.      Accordingly, Plaintiff takes the position that MLG and Meltzer under the cover of what are now referred to as the "Meltzer Defendants" have a defective Motion to Dismiss before the Court by an attorney who neither is admitted to practice before this Court nor, and even if he was admitted to practice, has made no notice of appearance.

8.      Similarly, Plaintiff takes the position that MLG and Meltzer under the cover of what are now referred to as the "Meltzer Defendants" have a defective "Response" to Plaintiff's Motion for Judgment Non-Prosequitor before the Court by an attorney who neither is admitted to practice before this Court nor, and even if he was admitted to practice, has made no notice of appearance.

9.      That the Court should grant no leave to repair such defect and grandfather the Motion to Dismiss and the "Response", that the Court should grant no enlargement of time to file a proper

Motion to Dismiss and "Response", as either or both would be prejudicial to a *Pro Se* Plaintiff who timely and properly files in compliance with Court orders.

10.     Again, simply put, Defendants MLG and Meltzer, now acting under the cover of the "Meltzer Defendants" have not complied with the May 21, 2012 Order, and thus are subject to judgment for filing defective moving papers, thereby failing to answer within the 21 day period.

11.     It is at this juncture that a moving party would normally "respectfully request this Court to issue a judgment non-prosequitor against Meltzer, Lippe, Goldstein, & Breitstone, LLP and Lewis S. Meltzer and granting such other and further relief as the Court deems appropriate," but in this case, rather, Plaintiff will give MLG and Meltzer, yet again, another opportunity (first proposed on May 31, 2012) to agree to Plaintiff's Stipulated Order for Voluntary Dismissal of Defendants attached herein as Exhibit A and respectfully requests this Court to issue a Order for the Plaintiff and the "Stipulating Defendants," as they are referred to therein, to confer and agree to once and for all cleanse this Court's honorable docket from the rancor that has become of this litigation, or, alternatively to grant a judgment non-prosequitor against Meltzer, Lippe, Goldstein, & Breitstone, LLP and Lewis S. Meltzer and such other and further relief as the Court deems appropriate

Dated: June 21, 2012

P. STEPHEN LAMONT, *pro se*

/s/ P. Stephen Lamont
926 Boston Post Road
Rye, N.Y. 10580
Tel.: (914) 217-0038
p.stephen.lamont@gmail.com

**Exhibit "A"**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| **P. STEPHEN LAMONT individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.,** | **DOCKET NO:** <br> **11-CV-949 (BJR)** |
| **Plaintiff,** | |
| **-v-** | **ORDER** |
| **PROSKAUER ROSE LLP, et. al.** | |
| **Defendant** | |

**STIPULATED ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANTS: PROSKAUER DEFENDANTS (PROSKAUER ROSE LLP KENNETH RUBENSTEIN, CHRISTOPHER C. WHEELER, and STEVEN C. KRANE); FOLEY DEFENDANTS (FOLEY LARDNER LLP, WILLIAM J. DICK, DOUGLAS A. BOEHM, and STEVEN C. BECKER); NEW YORK STATE DEFENDANTS (THE STATE OF NEW YORK, THOMAS J. CAHILL, MARTIN R. GOLD, DIANA MAXFIELD KEARSE, LAWRENCE DIGIOVANNA, and JAMES E. PELTZER); MELTZER DEFENDANTS (MELTZER LIPPE GOLDSTEIN & BREITSTONE LLP and LEWIS S. MELTZER); and RAYMOND A. JOAO (collectively "STIPULATING DEFENDANTS")**

Plaintiff, P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc. and the Stipulating Defendants, having been represented by counsel, and acting by and through said counsel, agree to entry of this Stipulated Order for Voluntary Dismissal of the Stipulating Defendants ("Order").

**NOW THEREFORE**, the Plaintiff and Stipulating Defendants, having requested the Court to enter this Order, and the Court having considered the Order reached between the parties, **IT IS HEREBY ORDERED**, as follows:

1.     Stipulating Defendants are voluntarily dismissed, **with prejudice**, as to all claims asserted by Lamont against the Stipulating Defendants in this action; and

2.      Stipulating Defendants waive all rights as to any counterclaim against Lamont; and

3.      Stipulating Defendants shall each bear their own costs and attorneys' fees incurred in this action; and

4.      Simultaneously with the execution of this Order, the Stipulating Defendants will reimburse Plaintiffs in the costs incurred in this action and before in the amount of Six Hundred and Fifty Thousand Dollars ($650,000.00) by wire transfer to the following account:

Bank:                   Citibank, N.A.
Address:                399 Park Avenue
City, State, Zip:       New York, N.Y.10043
For Credit of:          P. Stephen Lamont on Behalf of Iviewit Holdings, Inc.
Account Number:         82631649
ABA Number:             021000089

5.      Proskauer Defendants will immediately file a notice withdrawing the Proskauer Defendants' Motion for Sanctions, ECF No. 46;

6.      In requesting this Court to issue this Order, the Stipulating Defendants do so without admitting wrongdoing in the instant action.

7.      In light of this Order, the caption of this action will be renamed P. STEPHEN LAMONT, individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC. v. TIME WARNER INC.

The Plaintiff and Stipulating Defendants hereby stipulate and agree to entry of the foregoing Order.

**IT IS SO ORDERED, this _____ day of June 2012.**

_____
**Hon. Barbara J. Rothstein**
**United States Senior Judge**

**So Stipulated:**

P. Stephen Lamont
P. Stephen Lamont, Pro Se
926 Boston Post Road
Rye, N.Y. 10580
Tel.: (914) 217-0038
Email: p.stephen.lamont@gmail.com

Gregg M. Mashberg
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
212.969.3450
212.969.2900 (fax)
gmashberg@proskauer.com

James F. Segroves
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
jsegroves@proskauer.com

Counsel for Defendants Proskauer Rose LLP, Kenneth Rubenstein, Christopher C.
Wheeler, and Steven C. Krane

Monica A. Connell
OFFICE OF THE ATTORNEY GENERAL
120 Broadway, 24th Floor
New York, NY 10271
212.416.8965
monica.connell@ag.ny.gov

Counsel for Defendants State of New York, Thomas J. Cahill, Martin R. Gold, Lawrence
DiGiovanna, Diana Maxfield Kearse, and James E. Pelzer

Kent K. Anker
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
212.833.1100
212.833.1250 (fax)

Attorney for Defendants Foley & Lardner LLP, William J. Dick, Douglas A. Boehm, and
Steven C. Becker

Richard M. Howard
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
rhoward@meltzerlippe.com

Attorney for Meltzer, Lippe, Goldstein & Breitstone, LLP and Lewis S. Meltzer

Lewis S. Meltzer,  *pro se*
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
lmeltzer@meltzerlippe.com

RAYMOND A. JOAO
122 Bellevue Place
Yonkers, NY 10703

**Copies To:**

Gregg M. Mashberg (via CM/ECF)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
212.969.3450
212.969.2900 (fax)
gmashberg@proskauer.com

James F. Segroves (via CM/ECF)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
jsegroves@proskauer.com

Counsel for Defendants Proskauer Rose LLP, Kenneth Rubenstein, Christopher C. Wheeler, and the late Steven C. Krane

Paul R. Monsees (via CM/ECF)
FOLEY & LARDNER LLP
3000 K Street, NW
Suite 600
Washington, DC 20007-5109
202.672.5342
202.672.5399 (fax)
pmonsees@foley.com

Counsel for Defendant Foley & Lardner LLP

Monica A. Connell (via CM/ECF)
OFFICE OF THE ATTORNEY GENERAL
120 Broadway, 24th Floor
New York, NY 10271
212.416.8965
monica.connell@ag.ny.gov

Counsel for Defendants State of New York, Thomas J. Cahill, Martin R. Gold, Hon. Richard T. Andrias, Hon. David B. Saxe, Lawrence DiGiovanna, Diana Maxfield Kearse, and James E. Pelzer

Jared R. Butcher (via CM/ECF)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202.429.1302

202.429.3902 (fax)
jbutcher@steptoe.com

Counsel for Defendant Time Warner Inc.

Kent K. Anker (via CM/ECF)
Amy K. Penn (via CM/ECF)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
212.833.1100
212.833.1250 (fax)
kanker@fklaw.com
apenn@fklaw.com

Attorneys for Defendants Foley & Lardner LLP, William J. Dick, Douglas A. Boehm, and
Steven C. Becker

Richard M. Howard (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
rhoward@meltzerlippe.com

Attorney for Meltzer, Lippe, Goldstein & Breitstone, LLP

Lewis S. Meltzer,  *pro se* (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
lmeltzer@meltzerlippe.com

RAYMOND A. JOAO, *pro se* (via email)
122 Bellevue Place
Yonkers, NY 10703

**Defendants Who Have Not Yet Appeared:**

BRIAN G. UTLEY
9541 Virginia Avenue S.
Bloomington, MN 55438

MICHAEL A. REALE
5304 Ventura Drive
Delray Beach, FL 33484

RAYMOND T. HIRSCH
6212 Mershon Street # A,
Philadelphia, PA 19149

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **P. STEPHEN LAMONT, individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.,** | |
| **Plaintiff,** | **Civil Action No:** <br> **11-00949 (BJR)** |
| **v.** | |
| **PROSKAUER ROSE LLP, et al.** | **ORDER** |
| **Defendants.** | |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Judgment Non-Prosequitor: Meltzer, Lippe, Goldstein, & Breitstone, LLP ("MLG") and Lewis S. Meltzer ("Meltzer"), the Response by MLG and Meltzer, and Plaintiff's Reply.  Having considered Plaintiff's Motion, review of the moving papers in the Motion to Dismiss of MLG and Meltzer, MLG's and Meltzer's Response, and Plaintiff's Reply it is

**ORDERED** that Plaintiff and the Stipulating Defendant's will confer and agree to the Stipulated Order for Voluntary Dismissal of Defendants within seven (7) days**.**

**SO ORDERED.**

**Signed: Hon. Barbara J. Rothstein**
**United States Senior Judge**

DATED: _____, 2012