## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**P. STEPHEN LAMONT individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.,**

**Plaintiff,**

**-v-**

**PROSKAUER ROSE LLP, et. al.**

**Defendant**

**DOCKET NO:**
**11-CV-949 (BJR)**

**OPPOSITION**

### PLAINTIFF'S OPPOSITION DEFENDANT RAYMOND A. JOAO'S OBJECTION TO PLAINTIFF LAMONT'S EXHIBIT A IN PLAINTIFF'S REPLY (Document 69)

1.      On July 21, 2011, Defendant Raymond A. Joao objected to his digital signature affixed to an Exhibit A in Plaintiff's Reply to the Opposition to Motion for Default Judgment as to Meltzer, Lippe, Goldstein & Breistsone, LLP and Lewis S. Meltzer (Document 69).

2.      The parties list was previously supplied to Plaintiff by counsel for the Proskauer Defendant's James F. Segroves, where digital signatures were affixed.

3.      On June 21, 2012, Plaintiff withdrew Document 69 and replaced it with Document 72, without Defendant Joao's digital signature.

**WHEREFORE**, Plaintiff P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc., including the United States of America, respectfully requests this Court to deny Defendant Joao's request for sanctions as moot.

Dated:  June 21, 2012

Respectfully submitted,

For Plaintiff

/s/ P. Stephen Lamont
P. Stephen Lamont, Pro Se
926 Boston Post Road
Rye, N.Y. 10580
Tel.: (914) 217-0038
Email: p.stephen.lamont@gmail.com

**Copies To:**

Gregg M. Mashberg (via CM/ECF)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
212.969.3450
212.969.2900 (fax)
gmashberg@proskauer.com

James F. Segroves (via CM/ECF)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
jsegroves@proskauer.com

Counsel for Defendants Proskauer Rose LLP, Kenneth Rubenstein, and Christopher C.
Wheeler, and Steven C. Krane

Paul R. Monsees (via CM/ECF)
FOLEY & LARDNER LLP
3000 K Street, NW
Suite 600
Washington, DC 20007-5109
202.672.5342
202.672.5399 (fax)
pmonsees@foley.com

Counsel for Defendant Foley & Lardner LLP

Monica A. Connell (via CM/ECF)
OFFICE OF THE ATTORNEY GENERAL
120 Broadway, 24th Floor
New York, NY 10271
212.416.8965
monica.connell@ag.ny.gov

Counsel for Defendants State of New York, Thomas J. Cahill, Martin R. Gold, Lawrence
DiGiovanna, Diana Maxfield Kearse, and James E. Pelzer

Jared R. Butcher (via CM/ECF)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW

Washington, DC 20036-1795
202.429.1302
202.429.3902 (fax)
jbutcher@steptoe.com

Counsel for Defendant Time Warner Inc.

Kent K. Anker (via CM/ECF)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
212.833.1100
212.833.1250 (fax)
kanker@fklaw.com
apenn@fklaw.com

Attorneys for Defendants Foley & Lardner LLP, William J. Dick, Douglas A. Boehm,
and Steven C. Becker

Richard M. Howard (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
rhoward@meltzerlippe.com

Attorney for Meltzer, Lippe, Goldstein & Breitstone, LLP and Lewis S. Meltzer

Lewis S. Meltzer,  *pro se* (via email)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516.747.0300
516.747-0653 (fax)
lmeltzer@meltzerlippe.com

RAYMOND A. JOAO, *pro se* (via email)
122 Bellevue Place
Yonkers, NY 10703

**Defendants Who Have Not Yet Appeared:**
BRIAN G. UTLEY
9541 Virginia Avenue S.
Bloomington, MN 55438

MICHAEL A. REALE
5304 Ventura Drive
Delray Beach, FL 33484

RAYMOND T. HIRSCH
6212 Mershon Street # A,
Philadelphia, PA 19149

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **P. STEPHEN LAMONT, individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.,** | |
| **Plaintiff,** | **Civil Action No: 11-00949 (BJR)** |
| **v.** | |
| **PROSKAUER ROSE LLP, et al.** | **ORDER** |
| **Defendants.** | |

## ORDER

This matter is before the Court on the Motion of Defendant Raymond A. Joao in his Objection to Plaintiff Lamont's Exhibit A in Plaintiff's Reply (Document 69) filed on June 21, 2012 and Plaintiff's Opposition of June 21, 2012.   Having considered the Motion and the Opposition it is hereby **ORDERED** that the Motion of Defendant Joao is **DENIED** as moot.

**SO ORDERED.**

**Signed: Hon. Barbara J. Rothstein**
**United States Senior Judge**

DATED: _____, 2012