UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P. STEPHEN LAMONT, individually, and as nominee for 100% of the capital shares of Iviewit Holdings, Inc.<br><br>        Plaintiff,<br><br>v.<br><br>PROSKAUER ROSE LLP, *et al.*,<br><br>        Defendants. | Civil Action No. 11-949 (BJR) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Matthew J. Herrington of Steptoe & Johnson LLP, hereby appears as counsel for Defendant Time Warner Inc. in the above-captioned case and requests that the Clerk of the Court please enter his appearance.

Dated: June 22, 2012

Respectfully submitted,

/s/      Matthew J. Herrington
Matthew J. Herrington (D.C. Bar No. 452364)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Phone: (202) 429-3000
Fax:   (202) 429-3902
mherrington@steptoe.com

*Counsel for Defendant Time Warner Inc.*