UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P. STEPHEN LAMONT, individually, and as nominee for 100% of the capital shares of Iviewit Holdings, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>PROSKAUER ROSE LLP, *et al.*,<br><br>Defendants. | Civil Action No. 11-949 (BJR) |

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE COURT:

    Kindly withdraw my appearance on behalf of Defendant Time Warner Inc. in the above-captioned matter. Matthew J. Herrington of Steptoe & Johnson LLP remains counsel for this defendant in this action.

Dated: June 22, 2012

Respectfully submitted,

/s/ Jared R. Butcher
Jared R. Butcher (D.C. Bar No. 986287)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Phone: (202) 429-3000
Fax: (202) 429-3902
jbutcher@steptoe.com

*Counsel for Defendant Time Warner Inc.*