UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P. STEPHEN LAMONT individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.,<br><br>**Plaintiff,**<br><br>-v-<br><br>**PROSKAUER ROSE LLP, et. al.**<br><br>**Defendant** | **DOCKET NO:**<br>**11-CV-949 (BJR)**<br><br>**MOTION** |

**MOTION FOR ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO THE PROPOSED MOTION TO DISMISS OF THE MELTZER DEFENDANTS, IF ANY**

1. On June 8, 2012, un-admitted attorney Richard M. Howard ("Howard") served upon Plaintiff a Meltzer Defendants' Motion to Dismiss (not docketed).

2. Waiting for the Motion in question to be docketed and to file an Opposition, finally, Plaintiff had a telephone conversation with the docketing clerk in the afternoon of June 18, 2012.

3. In that conversation, the docketing clerk states that the "Meltzer Defendants have no attorney of record, and that, Howard, the Meltzer Defendants purported attorney of record, is not admitted to this Court and has not made an appearance," or words to these effects.

4. Further, the docketing clerk stated that Plaintiff would be "unable to file an Opposition until, when and if, the Meltzer Defendants' Motion was docketed," or words to that effect.

5.On June 18, 2018 Plaintiff sent an electronic mail message to the purported attorney for the Meltzer Defendants, Howard, inquiring as to the Motion in question not being docketed, to which Howard replied "motion to dismiss papers…are being reviewed by Judge Barbara Rothstein, because I am not admitted to the Bar for this court."

6.Accordingly, in light of this Court's heavy case load, it is conceivable that the Order concerning the purported Motion by the Meltzer Defendants could be docketed, after the date for Plaintiff's Opposition (July 2, 2012), if docketed at all.

7.Where, at some point, should the Court Order the docketing of such purported Motion after Plaintiff's Opposition date (July 2, 2012), Plaintiff respectfully requests the entering of a minute Order granting Plaintiff a two (day) period in which to file Opposition papers.

8.On June 18, 2012 Plaintiff filed a Motion for Judgment Non-Prosequitor (Dkt. No. 63) which was opposed by Howard (still not admitted) on June 20, 2012 (Dkt. No. 66) and to which Plaintiff filed a Reply on June 21, 2012 (Dkt. No. 69).

9.Pursuant to Local Civil Rule 7(m), Plaintiff conferred with defendants' counsel who indicated the following to the relief requested by this motion: Foley Defendants did not respond; Proskauer Defendants did not respond; Defendant Raymond A. Joao did not respond; The New York State Defendants did not respond; Meltzer Defendants did not respond; and, Time Warner Inc. did not respond.

**WHEREFORE**, Plaintiff P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc. respectfully requests the entering of a minute Order that, should the Court accept the docketing of the Motion to Dismiss of the Meltzer

2

Defendants after July 2, 2012, that Plaintiff be granted a of two (2) days enlargement of time to file an Opposition and such further relief as this Court deems appropriate.

Dated:  June 25, 2012

                                            Respectfully submitted,

                                            For Plaintiff

                                            /s/ P. Stephen Lamont
                                            P. Stephen Lamont, Pro Se
                                            926 Boston Post Road
                                            Rye, N.Y. 10580
                                            Tel.: (914) 217-0038
                                            Email: p.stephen.lamont@gmail.com

**Copies To:**

Gregg M. Mashberg (via CM/ECF)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
212.969.3450
212.969.2900 (fax)
gmashberg@proskauer.com

James F. Segroves (via CM/ECF)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
jsegroves@proskauer.com

Counsel for Defendants Proskauer Rose LLP, Kenneth Rubenstein, and Christopher C. Wheeler

Paul R. Monsees (via CM/ECF)
FOLEY & LARDNER LLP
3000 K Street, NW
Suite 600
Washington, DC 20007-5109
202.672.5342
202.672.5399 (fax)
pmonsees@foley.com

Counsel for Defendant Foley & Lardner LLP

Monica A. Connell (via CM/ECF)
OFFICE OF THE ATTORNEY GENERAL
120 Broadway, 24th Floor
New York, NY 10271
212.416.8965
monica.connell@ag.ny.gov

Counsel for Defendants State of New York, Thomas J. Cahill, Martin R. Gold, Lawrence DiGiovanna, Diana Maxfield Kearse, and James E. Pelzer

Matthew J. Herrington (via CM/ECF)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW

Washington, DC 20036-1795
202.429.8164
202.429.3902 (fax)
mherrington@steptoe.com

Counsel for Defendant Time Warner Inc.

Kent K. Anker (via CM/ECF)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
212.833.1100
212.833.1250 (fax)
kanker@fklaw.com

Counsel for Defendants Foley & Lardner LLP, William J. Dick, Douglas A. Boehm, and Steven C. Becker

Daniel Kinburn (via CM/ECF)
1800 Purdy Avenue, Unit 2211
Miami Beach, Fla. 33139
202.641-0998 (cell)
dkinburn@pcrm.org

Counsel for Meltzer Defendants

RAYMOND A. JOAO, *pro se* (via email)
122 Bellevue Place
Yonkers, NY 10703
rayjoao@verizon.net

**Defendants Who Have Not Yet Appeared:**
BRIAN G. UTLEY
9541 Virginia Avenue S.
Bloomington, MN 55438

MICHAEL A. REALE
5304 Ventura Drive
Delray Beach, FL 33484

RAYMOND T. HIRSCH
6212 Mershon Street, #A
Philadelphia, PA 19149

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **P. STEPHEN LAMONT, individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.,** | |
| **Plaintiff,** | **Civil Action No: 11-00949 (BJR)** |
| v. | |
| **PROSKAUER ROSE LLP, et al.** | **ORDER** |
| **Defendants.** | |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Enlargement of Time to File an Opposition to the Proposed Motion to Dismiss of the Meltzer Defendants, if Any. Having considered Plaintiff's Motion and the Court still reviewing the moving papers in the Motion to Dismiss of the Meltzer Defendants, it is

**ORDERED**, should the Court Order the docketing of the Motion to Dismiss of the Meltzer Defendants after July 2, 2012, that Plaintiff's Motion for a two (2) day enlargement of time to file Opposition papers is **GRANTED.**

**SO ORDERED.**

**Signed: Hon. Barbara J. Rothstein
United States Senior Judge**

DATED: _____, 2012