**ORIGINAL**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT,

        Plaintiff,

    v.

PROSKAUER ROSE LLP, *et al.*,

        Defendants.

Civil Action No. 11-949 (BJR)

### MELTZER DEFENDANTS' MOTION TO DISMISS

Defendants Lewis Meltzer and Meltzer, Lippe, Goldstein & Breitstone, LLP (collectively, the "Meltzer Defendants") respectfully move this Court for an order, pursuant to Rules 12(b)(1) and 12 (b) (6) of the Federal Rules of Civil Procedure, dismissing this action with prejudice. As set forth more fully in the memoranda of the co-Defendants, relied upon by the Meltzer Defendants, and set forth in the Declaration of Richard M. Howard, the same claims asserted in this action were asserted by Plaintiff P. Stephen Lamont ("Lamont") against the Meltzer Defendants in an action filed in the United States District Court for the Southern District of New York. In that prior action, the court dismissed, with prejudice, the federal claim Lamont asserts here. See Bernstein v. New York, 591 F. Supp. 2d 448 (S.D.N.Y. 2008), motion for reconsideration denied, No. 07 Civ. 11196 (SAS) (S.D.N.Y. Aug. 19, 2008), appeal dismissed sub nom. Bernstein v. App. Div. 1st Dep't Departmental Disciplinary Comm., No. 08-4873-cv (2d Cir. Jan. 5, 2010), motion to reopen denied, No. 07 Civ. 11196 (SAS), 2010 U.S. Dist. LEXIS 132830 (S.D.N.Y. Dec. 15, 2010), appeal dismissed, No. 10-5303-cv (2d Cir. Apr. 14, 2011) (collectively, "Lamont I").

Consequently, dismissal with prejudice is appropriate for the following reasons: the instant Complaint is barred *inter alia,* by:

(a) the applicable statutes of limitations, as previously determined by the United States District Court for the Southern District of New York, as affirmed by the Second Circuit Court of Appeals,

(b) the doctrines of issue and claim preclusion (also referred to as *res judicata* and collateral estoppel, as a result of said decisions and orders; and

(c) the Plaintiff's lack of standing;

The supporting declaration of Richard M. Howard is attached as Exhibit 1. In accordance with Local Civil Rule 7(ca proposed order granting the relief requested herein is attached as Exhibit 2. Pursuant to Local Civil Rule 7(m), consultation is not required because this is a dispositive motion.

Dated: Mineola, New York
     June 8, 2012

                                Respectfully submitted,

                                Meltzer, Lippe, Goldstein & Breitstone, LLP
                                And Lewis Meltzer, Individually

                                By _____
                                    Richard M. Howard

                                *Pro Se* Defendants Lewis Meltzer and
                                Meltzer, Lippe, Goldstein & Breitstone, LLP
                                190 Willis Avenue
                                Mineola, New York 11501
                                (516) 747-0300

EXHIBIT
1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

P. STEPHEN LAMONT,

      Plaintiff,

   v.

PROSKAUER ROSE LLP, *et al.*,

      Defendants.

Civil Action No. 11-949 (BJR)

---

**DECLARATION OF RICHARD M. HOWARD, ESQ. IN SUPPORT OF THE
MOTION OF MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP AND
LEWIS MELTZER TO DISMISS THE INSTANT COMPLAINT**

I, RICHARD M. HOWARD, depose and say upon personal knowledge as follows:

1.     I am a member of the firm of Meltzer, Lippe, Goldstein & Breitstone, LLP and I make this Declaration to advise the Court that said Defendant and Defendant Lewis Meltzer (my partner, referred to jointly herein as the "Meltzer Defendants") join in the motions to dismiss which have already been served and filed in this action.

2.     I am admitted to practice before the Courts of New York and New Jersey, both state and federal and all appellate courts thereof.  I have been practicing law for over 31 years.

3.     I will not burden the Court with a redundant detailed recitation of the arguments set forth quite clearly in the motions to dismiss of the various co-Defendants.  Suffice it to say the instant Complaint is barred *inter alia,* by:

     (a) the applicable statutes of limitations, as previously determined by the United States District Court for the Southern District of New York, as affirmed by the Second Circuit Court of Appeals,

     (b) the doctrines of issue and claim preclusion (also referred to as *res judicata* and collateral estoppel, as a result of said decisions and orders; and

     (c) the Plaintiff's lack of standing;

     .

4.      Under these circumstances, I respectfully request that any requirement for the service and filing of a memorandum of law be waived as to the Meltzer Defendants

5.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2012

Richard M. Howard, Esq.

EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

P. STEPHEN LAMONT,

            Plaintiff,

    v.

PROSKAUER ROSE LLP, *et al.*,

            Defendants.

Civil Action No. 11-949 (BJR)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK }
               } SS:
COUNTY OF NASSAU }

    Carene N. Rundlett, being duly sworn, deposes and says:  I am not a party to this action; I am over 18 years of age; and I reside in Nassau County, New York

    On June 8, 2012, I served a true and correct copy of the annexed **MELTZER DEFENDANTS' MOTION TO DISMISS** by delivering same, in a properly addressed, postage-paid wrapper, and caused it to be deposited in an official depository under the exclusive care and custody of the United States Postal Service and via Electronic Mail to:

**Gregg Mashberg, Esq.
Proskauer Rose, LLP
11 Times Square
New York, NY 10036
212-969-3450
gmashberg@proskauer.com
Attorneys for: Proskauer Rose LLP; Kenneth Rubenstein;
Christopher C. Wheeler; and Steven C. Krane**

                            Carene N. Rundlett

Sworn to before me this
8th day of June 2012

_____
Notary Public

SHARON M. BROWN
Notary Public, State of New York
No. 01BR6195437
Qualified in Nassau County
Commission Expires _____

582899-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

P. STEPHEN LAMONT,

              Plaintiff,

    v.                                     Civil Action No. 11-949 (BJR)

PROSKAUER ROSE LLP, *et al.*,

              Defendants.

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK }
                     } SS:
COUNTY OF NASSAU }

      Carene N. Rundlett, being duly sworn, deposes and says:  I am not a party to this action; I am over 18 years of age; and I reside in Nassau County, New York

      On June 8, 2012, I served a true and correct copy of the annexed **MELTZER DEFENDANTS' MOTION TO DISMISS** by delivering same, in a properly addressed, postage-paid wrapper, and caused it to be deposited in an official depository under the exclusive care and custody of the United States Postal Service and via Electronic Mail to:

**P. Stephen Lamont
926 Boston Post Road
Rye, NY 10580
914-217-0038
p.stephen.lamont@gmail.com**
*Pro Se*

                                   Carene N. Rundlett

Sworn to before me this
8th day of June 2012

Notary Public

SHARON M. BROWN
Notary Public, State of New York
No. 01BR6195437
Qualified in Nassau County
Commission Expires

549572-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

P. STEPHEN LAMONT,

              Plaintiff,

    v.

PROSKAUER ROSE LLP, *et al.*,

              Defendants.

Civil Action No. 11-949 (BJR)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK}
               } SS:
COUNTY OF NASSAU }

      Carene N. Rundlett, being duly sworn, deposes and says:  I am not a party to this action; I am over 18 years of age; and I reside in Nassau County, New York

      On June 8, 2012, I served a true and correct copy of the annexed **MELTZER DEFENDANTS' MOTION TO DISMISS** by delivering same, in a properly addressed, postage-paid wrapper, and caused it to be deposited in an official depository under the exclusive care and custody of the United States Postal Service and via Electronic Mail to:

**Amy K. Penn, Esq.**
**Friedman Kaplan Seiler & Adelman, LLP**
**7 Times Square**
**New York, NY 10036**
**212-833-1100**
**apenn@fklaw.com**
**Attorneys for: Foley & Lardner LLP; William J. Dick;**
**Douglas A. Boehm; and Steven C. Becker**

                        Carene N. Rundlett

Sworn to before me this
8th day of June 2012

_____
Notary Public

SHARON M. BROWN
Notary Public, State of New York
No. 01BR6195437
Qualified in Nassau County
Commission Expires

549572-1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT,

         Plaintiff,

    v.

PROSKAUER ROSE LLP, *et al.*,

         Defendants.

Civil Action No. 11-949 (BJR)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK}
            } SS:
COUNTY OF NASSAU }

    Carene N. Rundlett, being duly sworn, deposes and says:  I am not a party to this action; I am over 18 years of age; and I reside in Nassau County, New York

    On June 8, 2012, I served a true and correct copy of the annexed **MELTZER DEFENDANTS' MOTION TO DISMISS** by delivering same, in a properly addressed, postage-paid wrapper, and caused it to be deposited in an official depository under the exclusive care and custody of the United States Postal Service and via Electronic Mail to:

**Jared R. Butcher, Esq.**
**Steptoe & Johnson LLP**
**1330 Connecticut Avenue, NW**
**Washington, D.C. 20036-1795**
**202-429-1302**
**jbutcher@steptoe.com**
**Attoneys for: Time Warner, Inc.**

                         Carene N. Rundlett

Sworn to before me this
8th day of June 2012

Notary Public

SHARON M. BROWN
Notary Public, State of New York
No. 01BR6195437
Qualified in Nassau County
Commission Expires 10/24/2a

549572-1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

P. STEPHEN LAMONT,

                Plaintiff,

     v.

PROSKAUER ROSE LLP, *et al.*,

                Defendants.

Civil Action No. 11-949 (BJR)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK}
               } SS:
COUNTY OF NASSAU }

     Carene N. Rundlett, being duly sworn, deposes and says:  I am not a party to this action; I am over 18 years of age; and I reside in Nassau County, New York

     On June 8, 2012, I served a true and correct copy of the annexed **MELTZER DEFENDANTS' MOTION TO DISMISS** by delivering same, in a properly addressed, postage-paid wrapper, and caused it to be deposited in an official depository under the exclusive care and custody of the United States Postal Service to:

**Brian G. Utley**
**9541 Virginia Avenue South**
**Bloomington, MN 55438**

                             Carene N. Rundlett

Sworn to before me this
8th day of June 2012

Notary Public

SHARON M. BROWN
Notary Public, State of New York
No. 01BR6195437
Qualified in Nassau County
Commission Expires

549572-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT,

               Plaintiff,

    v.

PROSKAUER ROSE LLP, *et al.*,

               Defendants.

Civil Action No. 11-949 (BJR)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK}
               } SS:
COUNTY OF NASSAU }

      Carene N. Rundlett, being duly sworn, deposes and says:  I am not a party to this action; I am over 18 years of age; and I reside in Nassau County, New York

      On June 8, 2012, I served a true and correct copy of the annexed **MELTZER DEFENDANTS' MOTION TO DISMISS** by delivering same, in a properly addressed, postage-paid wrapper, and caused it to be deposited in an official depository under the exclusive care and custody of the United States Postal Service and via Electronic Mail to:

**Monica Connell, Esq.**
**Office of the Attorney General/NY**
**120 Broadway**
**24th Floor**
**New York, NY 10271**
**212-416-8965**
**Monica.connell@ag.ny.gov**
**Attorney for: State of New York; Thomas J. Cahill;**
**Marin R. Gold; Richard T. Andrias; David B. Saxe;**
**Lawrence Digiovanna; Diana Maxfield Kearse; and James E. Peltzer**

                              Carene N. Rundlett

Sworn to before me this
8th day of June 2012

Notary Public

SHARON M. BROWN
Notary Public, State of New York
No. 01BR6195437
Qualified in Nassau County
Commission Expires 10/26/2012

549572-1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

P. STEPHEN LAMONT,

                   Plaintiff,

    v.                                  Civil Action No. 11-949 (~~LMB~~)  *BJR*

PROSKAUER ROSE LLP, *et al.*,

                   Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK }
                  } SS:
COUNTY OF NASSAU }

      Carene N. Rundlett, being duly sworn, deposes and says:  I am not a party to this action; I am over 18 years of age; and I reside in Nassau County, New York

      On June 8, 2012, I served a true and correct copy of the annexed **MELTZER DEFENDANTS' MOTION TO DISMISS** by delivering same, in a properly addressed, postage-paid wrapper, and caused it to be deposited in an official depository under the exclusive care and custody of the United States Postal Service to:

**Michael A. Reale**
**5304 Ventura Drive**
**Delray Beach, FL 33484**

                                                  _____
                                                Carene N. Rundlett

Sworn to before me this
8th day of June 2012

_____
Notary Public

SHARON M. BROWN
Notary Public, State of New York
No. 01BR6195437
Qualified in Nassau County
Commission Expires _10/24/2012_

549572-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT,

        Plaintiff,

    v.

PROSKAUER ROSE LLP, *et al.*,

        Defendants.

Civil Action No. 11-949 (BJR)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK}
              } SS:
COUNTY OF NASSAU }

      Carene N. Rundlett, being duly sworn, deposes and says:  I am not a party to this action; I am over 18 years of age; and I reside in Nassau County, New York

      On June 8, 2012, I served a true and correct copy of the annexed **MELTZER DEFENDANTS' MOTION TO DISMISS** by delivering same, in a properly addressed, postage-paid wrapper, and caused it to be deposited in an official depository under the exclusive care and custody of the United States Postal Service and via Electronic Mail to:

**Raymond T. Hirsch**
**6212 Mershon Street, #A**
**Philadelphia, PA 19149**

                              Carene N. Rundlett

Sworn to before me this
8th day of June 2012

Notary Public

SHARON M. BROWN
Notary Public, State of New York
No. 01BR6195437
Qualified in Nassau County
Commission Expires 10/20/7a2

549572-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT,

          Plaintiff,

   v.

PROSKAUER ROSE LLP, *et al.*,

          Defendants.

Civil Action No. 11-949 (~~HHK~~) BJR

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK }
               } SS:
COUNTY OF NASSAU }

    Carene N. Rundlett, being duly sworn, deposes and says:  I am not a party to this action; I am over 18 years of age; and I reside in Nassau County, New York

    On June 8, 2012, I served a true and correct copy of the annexed **MELTZER DEFENDANTS' MOTION TO DISMISS** by delivering same, in a properly addressed, postage-paid wrapper, and caused it to be deposited in an official depository under the exclusive care and custody of the United States Postal Service to:

**Raymond A. Joao**
**122 Bellevue Place**
**Yonkers, NY 10703**

Carene N. Rundlett

Sworn to before me this
8th day of June 2012

Notary Public

SHARON M. BROWN
Notary Public, State of New York
No. 01BR6195437
Qualified in Nassau County
Commission Expires 10/24/2012

549572-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT,

            Plaintiff,

    v.                                                                    Civil Action No. 11-949 (BJR)

PROSKAUER ROSE LLP, *et al.*,

            Defendants.

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK }
               } SS:
COUNTY OF NASSAU }

      Carene N. Rundlett, being duly sworn, deposes and says:  I am not a party to this action; I am over 18 years of age; and I reside in Nassau County, New York

      On June 8, 2012, I served a true and correct copy of the annexed **MELTZER DEFENDANTS' MOTION TO DISMISS** by delivering same, in a properly addressed, postage-paid wrapper, and caused it to be deposited in an official depository under the exclusive care and custody of the United States Postal Service and via Electronic Mail to:

**James F. Segroves, Esq.**
**Proskauer Rose, LLP**
**1001 Pennsylvania Avenue, N.W.**
**Suite 400 South**
**Washington, DC 20004**
**202-416-6800**
**jsegroves@proskauer.com**
**Attorneys for: Proskauer Rose LLP; Kenneth Rubenstein;**
**Christopher C. Wheeler; and Steven C. Krane**

                                     Carene N. Rundlett

Sworn to before me this
8th day of June 2012

Notary Public

SHARON M. BROWN
Notary Public, State of New York
No. 01BR6195437
Qualified in Nassau County
Commission Expires

549572-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

P. STEPHEN LAMONT,

        Plaintiff,

    v.

PROSKAUER ROSE LLP, *et al.*,

        Defendants.

Civil Action No. 11-949 (BJR)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK}
             } SS:
COUNTY OF NASSAU }

      Carene N. Rundlett, being duly sworn, deposes and says:  I am not a party to this action; I am over 18 years of age; and I reside in Nassau County, New York

      On June 8, 2012, I served a true and correct copy of the annexed **MELTZER DEFENDANTS' MOTION TO DISMISS** by delivering same, in a properly addressed, postage-paid wrapper, and caused it to be deposited in an official depository under the exclusive care and custody of the United States Postal Service and via Electronic Mail to:

**Kent K. Anker, Esq.**
**Friedman Kaplan Seiler & Adelman, LLP**
**7 Times Square**
**New York, NY 10036**
**212-833-1100**
**kanker@fklaw.com**
**Attorneys for: Foley & Lardner LLP; William J. Dick;**
**Douglas A. Boehm; and Steven C. Becker**

 

                      _____
                          Carene N. Rundlett

Sworn to before me this
8th day of June 2012

_____
Notary Public

SHARON M. BROWN
Notary Public, State of New York
No. 01BR6195437
Qualified in Nassau County
Commission Expires 10/20/2012

549572-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT,

          Plaintiff,

     v.

PROSKAUER ROSE LLP, *et al.*,

          Defendants.

Civil Action No. 11-949 (BJR)

## ORDER

With the Court having considered the Motions to Dismiss filed by, *inter alia,* Defendants Proskauer Rose LLP, Kenneth Rubenstein, Christopher C. Wheeler, and the late Stephen C. Krane (collectively, the "Proskauer Defendants"), Meltzer, Lippe, Goldstein & Breitstone, LLP and Lewis Meltzer (collectively the "Meltzer Defendants"), it is hereby

ORDERED, that the Defendants' motions, including specifically the motion of the Meltzer Defendants are GRANTED; and it is

FURTHER ORDERED, that all claims asserted by Plaintiff P. Stephen Lamont against the Meltzer Defendants are dismissed with prejudice.

SO ORDERED, this _____ day of _____, 2012.

U.S.D.C. District of Columbia

By: _____
           BARBARA JACOBS ROTHSTEIN
           United States District Judge

582820-1