UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P. STEPHEN LAMONT individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC., <br><br> Plaintiff, <br><br> -v- <br><br> PROSKAUER ROSE LLP, et. al. <br><br> Defendant | DOCKET NO: <br> 11-CV-949 (BJR) <br><br> WITHDRAW |

## WITHDRAW MOTION FOR JUDGMENT NON-PROSEQUITOR (ECF 63), IN PART

1.  In light of the Court's docketing of the Motion to Dismiss of Lewis S. Meltzer, Meltzer Lippe Goldstein & Breistone LLP (ECF 79) on this 26th day of June 2012, Plaintiff withdraws it Motion for Judgment Non-Prosequitor (ECF 63), in part: the requested relief of grant a judgment non-prosequitor against Meltzer, Lippe, Goldstein, & Breitstone, LLP and Lewis S. Meltzer.

**WHEREFORE**, Plaintiff P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc. respectfully withdraws it Motion for Judgment Non-Prosequitor (ECF 63), in part: the requested relief of grant a judgment non-prosequitor against Meltzer, Lippe, Goldstein, & Breitstone, LLP and Lewis S. Meltzer.

2

Dated:  June 26, 2012

                                                   Respectfully submitted,

                                                   <u>For Plaintiff</u>

                                                   <u>/s/ P. Stephen Lamont</u>
                                                   P. Stephen Lamont, Pro Se
                                                 926 Boston Post Road
                                                 Rye, N.Y. 10580
                                                 Tel.: (914) 217-0038
                                                 Email: p.stephen.lamont@gmail.com

**Copies To:**

Gregg M. Mashberg (via CM/ECF)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
212.969.3450
212.969.2900 (fax)
gmashberg@proskauer.com

James F. Segroves (via CM/ECF)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
jsegroves@proskauer.com

Counsel for Defendants Proskauer Rose LLP, Kenneth Rubenstein, and Christopher C. Wheeler

Paul R. Monsees (via CM/ECF)
FOLEY & LARDNER LLP
3000 K Street, NW
Suite 600
Washington, DC 20007-5109
202.672.5342
202.672.5399 (fax)
pmonsees@foley.com

Counsel for Defendant Foley & Lardner LLP

Monica A. Connell (via CM/ECF)
OFFICE OF THE ATTORNEY GENERAL
120 Broadway, 24th Floor
New York, NY 10271
212.416.8965
monica.connell@ag.ny.gov

Counsel for Defendants State of New York, Thomas J. Cahill, Martin R. Gold, Lawrence DiGiovanna, Diana Maxfield Kearse, and James E. Pelzer

Matthew J. Herrington (via CM/ECF)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW

Washington, DC 20036-1795
202.429.8164
202.429.3902 (fax)
mherrington@steptoe.com

Counsel for Defendant Time Warner Inc.

Kent K. Anker (via CM/ECF)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
212.833.1100
212.833.1250 (fax)
kanker@fklaw.com

Counsel for Defendants Foley & Lardner LLP, William J. Dick, Douglas A. Boehm, and Steven C. Becker

Daniel Kinburn (via CM/ECF)
1800 Purdy Avenue, Unit 2211
Miami Beach, Fla. 33139
202.641-0998 (cell)
dkinburn@pcrm.org

Counsel for Meltzer Defendants

RAYMOND A. JOAO, *pro se* (via email)
122 Bellevue Place
Yonkers, NY 10703
rayjoao@verizon.net

**Defendants Who Have Not Yet Appeared:**
BRIAN G. UTLEY
9541 Virginia Avenue S.
Bloomington, MN 55438

MICHAEL A. REALE
5304 Ventura Drive
Delray Beach, FL 33484

RAYMOND T. HIRSCH
6212 Mershon Street, #A
Philadelphia, PA 19149