UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------x

P. STEPHEN LAMONT, individually, and as
NOMINEE FOR 100% OF THE CAPITAL
SHARES OF IVIEWIT HOLDINGS, INC.,

        Plaintiff,

   - against -

PROSKAUER ROSE LLP, et al.,

        Defendants.

-----------------------------------------------------------x

No. 1:11-CV-00949 (BJR)

## CERTIFICATE OF SERVICE

In accordance with Rule 5(b) of the Federal Rules of Civil Procedure, the undersigned counsel for the Foley Defendants certifies that on the second day of July 2012, he did cause a true and correct copy of the Foley Defendants' Reply Memorandum of Points and Authorities in Support of Their Motion for Sanctions and all supporting documents and exhibits to be served via electronic means, per prior agreement, on Plaintiff P. Stephen Lamont and the defendants who have appeared in this action except for Raymond Joao. Mr. Joao's electronic mailbox was unable to receive e-mail, so a true and correct copy of the foregoing papers was served by United States mail to Mr. Joao's address at 122 Bellevue Place, Yonkers, NY 10703.

_____
Kent K. Anker, Bar No. NY0131
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036
(212) 833-1100

2715738.1