UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

P. STEPHEN LAMONT individually, AND AS
NOMINEE FOR 100% OF THE CAPITAL SHARES
OF IVIEWIT HOLDINGS, INC.,

Plaintiff,

-v-

PROSKAUER ROSE LLP, et. al.

Defendants

DOCKET NO:
11-CV-949 (BJR)

MOTION

## MOTION FOR LEAVE TO FILE A SUR REPLY

1. Plaintiff, P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc., moves this Court for Leave to File a Sur Reply, collectively, to: the Proskauer Defendants' Motion to Dismiss, the Foley Defendants' Motion to Dismiss, the Meltzer Defendants' Motion to Dismiss, the New York State Defendants' Motion to Dismiss, Raymond A. Joao's Motion to Dismiss, Time Warner Inc.'s Motion to Dismiss, the Proskauer Defendants' Motion for Sanctions, and the Foley Defendants' Motion for Sanctions.

2. Based on new information, the purpose of the Sur Reply is to:

    a. Bring to the Court's attention, and add to the record, a newly filed "joint" emergency motion in the United States District Court for the Southern District of New York and the United States Court of Appeals for the Second Circuit styled as *Eliot Ivan Bernstein v. Appellate Division First Department Disciplinary Committee, et. al.* (S.D.N.Y. 07 Civ. 11196 SAS, CA2nd 08-

4873-CV, filed July 27, 2012) as it adds to Plaintiff's Oppositions to Motions to Dismiss and Oppositions to Motions for Sanctions in the instant action.

3.  Pursuant to Local Civil Rule 7(m), Plaintiff conferred with defendants' counsel who indicated the following to the relief requested by this motion: Proskauer Defendants do not consent; Foley Defendants do not consent; Meltzer Defendants do not consent, Defendant Raymond A. Joao does not consent; the New York State Defendants do not consent; and Time Warner Inc. does not consent.  No surprises here.

**WHEREFORE**, Plaintiff P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc. respectfully requests leave to file a Sur Reply, and such further relief that this Court deems appropriate.

Dated:  August 6, 2012

                Respectfully submitted,

                For Plaintiff

                /s/ P. Stephen Lamont
                P. Stephen Lamont, Pro Se
                926 Boston Post Road
                Rye, N.Y. 10580
                Tel.: (914) 217-0038
                Email: p.stephen.lamont@gmail.com

**Copies To:**

Gregg M. Mashberg (via CM/ECF)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
212.969.3450
212.969.2900 (fax)
gmashberg@proskauer.com

James F. Segroves (via CM/ECF)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
jsegroves@proskauer.com

Counsel for Defendants Proskauer Rose LLP, Kenneth Rubenstein, Christopher C. Wheeler, and the late Steven C. Krane

Paul R. Monsees (via CM/ECF)
FOLEY & LARDNER LLP
3000 K Street, NW
Suite 600
Washington, DC 20007-5109
202.672.5342
202.672.5399 (fax)
pmonsees@foley.com

Counsel for Defendant Foley & Lardner LLP

Monica A. Connell (via CM/ECF)
OFFICE OF THE ATTORNEY GENERAL
120 Broadway, 24th Floor
New York, NY 10271
212.416.8965
monica.connell@ag.ny.gov

Counsel for Defendants State of New York, Thomas J. Cahill, Martin R. Gold, Hon. Richard T. Andrias, Hon. David B. Saxe, Lawrence DiGiovanna, Diana Maxfield Kearse, and James E. Pelzer

Matthew J. Herrington (via CM/ECF)
STEPTOE & JOHNSON LLP

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202.429.3000
202.429.3902 (fax)
mherrington@steptoe.com

Counsel for Defendant Time Warner Inc.

Kent K. Anker (via CM/ECF)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
212.833.1100
212.833.1250 (fax)
kanker@fklaw.com

Attorney for Defendants Foley & Lardner LLP, William J. Dick, Douglas A. Boehm, and Steven C. Becker

Daniel Kinburn (via CM/ECF)
dkinburn@pcrm.org

 Attorney for Meltzer, Lippe, Goldstein & Breitstone, LLP and Lewis S. Meltzer

RAYMOND A. JOAO, *pro se* (via email)
122 Bellevue Place
Yonkers, NY 10703
rayjoao@verizon.net

**Defendants Who Have Not Yet Appeared:**

BRIAN G. UTLEY
9541 Virginia Avenue S.
Bloomington, MN 55438

MICHAEL A. REALE
5304 Ventura Drive
Delray Beach, FL 33484

RAYMOND T. HIRSCH
6212 Mershon Street # A,
Philadelphia, PA 19149

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P. STEPHEN LAMONT, individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC., <br><br> **Plaintiff,** <br><br> v. <br><br> **PROSKAUER ROSE LLP, et al.** <br><br> **Defendants.** | **Civil Action No:** <br> **11-00949 (BJR)** <br><br><br> **ORDER** |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to File a Sur Reply, collectively, to: the Proskauer Defendants' Motion to Dismiss, the Foley Defendants' Motion to Dismiss, the Meltzer Defendants' Motion to Dismiss, the New York State Defendants' Motion to Dismiss, Raymond A. Joao's Motion to Dismiss, Time Warner Inc.'s Motion to Dismiss, the Proskauer Defendants' Motion for Sanctions, and the Foley Defendants' Motion for Sanctions to bring to the attention of the Court a newly filed emergency motion in the United States District Court for the Southern District of New York and the United States Court of Appeals for the Second Circuit.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for Leave to File a Sur Reply is **GRANTED.**

**SO ORDERED.**

**Signed: Barbara J. Rothstein**
**United States Senior Judge**

DATED: _____, 2012

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **P. STEPHEN LAMONT, individually, AND AS NOMINEE FOR 100% OF THE CAPITAL SHARES OF IVIEWIT HOLDINGS, INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **PROSKAUER ROSE LLP, et al.** <br><br> **Defendants.** | **Civil Action No: 11-00949 (BJR)** <br><br><br> **SUR REPLY** |

**SUR REPLY**

1.  Plaintiff, P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc., Sur Replies, collectively to: the Proskauer Defendants' Motion to Dismiss, the Foley Defendants' Motion to Dismiss, the Meltzer Defendants' Motion to Dismiss, the New York State Defendants' Motion to Dismiss, Raymond A. Joao's Motion to Dismiss, Time Warner Inc.'s Motion to Dismiss, the Proskauer Defendants' Motion for Sanctions, and the Foley Defendants' Motion for Sanctions

2.  On July 27, 2012, Eliot I. Bernstein continued his public corruption case (See Plaintiff's ECF Oppositions and Replies for all Defendants) by filing a "joint" emergency motion for rehearing with the United States District Court for the Southern District of New York and the United States Court of Appeals for the Second Circuit in a case he styles as *Eliot Ivan Bernstein, Pro Se v. Appellate Division First Department Departmental Disciplinary Committee, et al.* (S.D.N.Y. 07 Civ. 11196 SAS, CA2nd 08-

6

4873-CV, filed July 27, 2012) (hereinafter, "Public Corruption Case" and "Public Corruption Motion")[1].

3.      Within his Public Corruption Motion, if granted, Bernstein attempts to add new Defendants, among others, P. Stephen Lamont, the Plaintiff in the instant action.

4.      This new information adds to Plaintiff's Opposition papers and Replies that must be brought to the attention of the Court and lends further support to Plaintiff's opposition to the several Defendants' claims of collateral estoppel and *res judicata* that, even may the Court give any credence to Defendants' claims, their arguments, at this juncture, must fail.

5.      As are characteristic of the *Bernstein* filings, the writing style of the Public Corruption Motion resembling a mass of verbiage, the poorly pled "claims," the complete lack of any tangible new evidence, and where the *Bernstein's* emergency motion contains a "demand for justices of the Second Circuit to turn themselves into state and federal criminal authorities," such lunacy (all similar to Bernstein's 2007 filing complained of by Defendants) lends the ultimate credibility to the fact the Plaintiff in this instant action had no individual involvement in the Public Corruption Case, when the Court compares such psychosis to Plaintiff's submissions in the instant action.

6.      Where Bernstein now includes Plaintiff as a defendant in the Public Corruption Case, it may be one of the rarest times in the history of the United States District Courts where a purported individual "plaintiff," as the several Defendants would have the Court believe, is resurrected as a defendant.

---

[1] As are typical of the *Bernstein* filings, the Public Corruption Motion is a 287 page mass of verbiage that brings claims against 3,787 defendants within a 42 MB file where Plaintiff spares this Court's docket and the ECF system of such papers; however, Plaintiff shall provide it upon request.

**WHEREFORE**, Plaintiff P. Stephen Lamont, individually, and as Nominee for 100% of the Capital Shares of Iviewit Holdings, Inc. respectfully requests this Court to deny, collectively: the Proskauer Defendants' Motion to Dismiss, the Foley Defendants' Motion to Dismiss, the Meltzer Defendants' Motion to Dismiss, the New York State Defendants' Motion to Dismiss, Raymond A. Joao's Motion to Dismiss, the Time Warner Inc. Motion to Dismiss, the Proskauer Defendants' Motion for Sanctions, and the Foley Defendants' Motion for Sanctions, and such further relief that his Court deems appropriate.

Dated:  August 6, 2012

                                                Respectfully submitted,

                                                For Plaintiff

                                                /s/ P. Stephen Lamont
                                                P. Stephen Lamont, Pro Se
                                                926 Boston Post Road
                                                Rye, N.Y. 10580
                                                Tel.: (914) 217-0038
                                                Email: p.stephen.lamont@gmail.com