UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P. STEPHEN LAMONT,<br><br>        Plaintiff,<br><br>       v.<br><br>PROSKAUER ROSE, LLP, *et al.*,<br><br>        Defendant. | Civil Action No. 11-0949 (BJR)<br><br>**ORDER** |

For the reasons stated in the court's Memorandum Opinion issued the 8th day of August, 2012, it is hereby

**ORDERED** that the Plaintiff's Emergency Motion to Disqualify the Representative Capacity of New York State Attorney General is **DENIED**;

**FURTHER ORDERED** that NY State Defendants' Motion to Dismiss is **GRANTED**;

**FURTHER ORDERED** that Proskauer Rose Defendants' Motion to Dismiss is **GRANTED**;

**FURTHER ORDERED** that Defendant Raymond Joao's Motion to Dismiss is **GRANTED**;

**FURTHER ORDERED** that Defendant Time Warner's Motion to Dismiss is **GRANTED**;

**FURTHER ORDERED** that Meltzer Defendant's Motion to Dismiss is **GRANTED**;

**FURTHER ORDERED** that Foley Defendant's Motion to Dismiss is **GRANTED**;

**FURTHER ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint is **DENIED**;

**FURTHER ORDERED** that Plaintiff's Motion to Amend His Motion for Leave to File an Amended Complaint is **DENIED**;

**FURTHER ORDERED** that Plaintiff's Motion to Require United States Marshals Service to Serve Summons & Complaint is **DENIED**;

**FURTHER ORDERED** that Plaintiff's Motion to Require United States Marshals Service to Serve Two New York State Defendants and for Sanctions on the Office of the New York State Attorney General's Office is **DENIED**;

**FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction Against Defendant Time Warner is **DENIED**;

**FURTHER ORDERED** that Plaintiff's Motion to File a Surreply is **DENIED**;

**SO ORDERED**.

August 8, 2012

*[signature: Barbara J. Rothstein]*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE